IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOUTHWEST AIRLINES PILOTS ASSOCIATION, | § § § | |
| Plaintiff, | § § | |
| vs. | § | CIVIL ACTION NO. 3:21-cv-2608-E |
| | § § § | |
| SOUTHWEST AIRLINES CO., | § § | |
| Defendant. | § § § | |

## MOTION TO WITHDRAW FORMER COUNSEL

TO THE HONORABLE JUDGE ADA BROWN:

Plaintiff Southwest Airlines Pilots Association (SWAPA) files this motion to withdraw counsel under Local Rule 83.12. Defendant does not oppose this request.

1. Attorneys from Gillespie Sanford LLP represent SWAPA as counsel of record as listed on the docket and will continue to do so.

2. Attorneys K. Helen Yu and Linelle S. Mogado no longer work for SWAPA and should no longer receive notices. SWAPA therefore moves to withdraw them as counsel of record.

3. Defendant Southwest Airlines Company does not oppose this motion. No prejudice will result to any party from the relief requested here.

Accordingly, SWAPA requests the withdrawal of K. Helen Yu and Linelle S. Mogado. Hal K. Gillespie, Joseph H. Gillespie, and James D. Sanford remain

counsel of record for SWAPA. SWAPA further requests that the Clerk note these changes on the civil docket.

DATED: Monday, May 26, 2025

Respectfully submitted,

By: */s/ James D. Sanford*
Hal K. Gillespie
hkg@gillespiesanford.com
Texas State Bar No. 07925500
James D. Sanford
jim@gillespiesanford.com
Texas State Bar No. 24051289
Joseph H. Gillespie
joe@gillespiesanford.com
Texas State Bar No. 24036636
Gillespie Sanford LLP
4803 Gaston Avenue
Dallas, Texas 75246
Phone: (214) 800-5111
Fax: (214) 838-0001

ATTORNEYS FOR PLAINTIFF SWAPA

## CERTIFICATE OF CONFERENCE

The parties' counsel conferred on March 24, 2025 by email exchange about the relief requested in this motion. They discussed again by email between May 23-26, 2025. Defendant's counsel indicated that Southwest Airlines Company does not oppose this motion.

By: */s/ Jim Sanford*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the forgoing document has been served upon counsel of record for Southwest Airlines by and through the Court's ECF system on Monday, May 26, 2025.

By: */s/ Jim Sanford*