# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS DALLAS DIVISION

|  |  |  |
|---|---|---|
| SOUTHWEST AIRLINES PILOTS ASSOCIATION | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CASE NO. 3:21-cv-2608-E |
| | : | |
| SOUTHWEST AIRLINES CO. | : | |
| | : | |
| Defendant. | : | |

## Declaration of Andrew B. Ryan

1.      My name is Andrew B. Ryan.  I am lead trial counsel to Defendant Southwest Airlines Co. ("Southwest") in this action.  I am over the age of 18, I am of sound mind and body, and I am fully competent to make this affidavit.  Through my role as lead trial counsel for Southwest, I have personal knowledge of the facts stated in this declaration.

2.      I took the deposition of Captain Tim Roebling on September 24, 2025. A true and correct copy of relevant excerpts from his deposition are attached hereto as **Exhibit A**.

3.      A true and correct copy of Southwest Deposition Exhibit 46, text messages between Captain Doyle Hill and Captain Tim Roebling, with Bates label of SWAPA 4738 to 4768 is attached hereto as **Exhibit B**.

RYAN DECLARATION—PAGE 1 OF 6

App. 1

4.      A true and correct copy of Southwest Deposition Exhibit 27, text messages between Captain Paul Murphy and Captain Tim Roebling, with Bates label of SWAPA 4174 to 4224 is attached hereto as **Exhibit C**.

5.      A true and correct copy of Southwest Deposition Exhibit 28, the Urban Dictionary definition linked in Captain Murphy's message to Captain Roebling, is attached hereto as **Exhibit D**.

6.      I have personal knowledge of SWAPA's document productions in this lawsuit.  In discovery, SWAPA produced text messages between Captain Roebling and other pilots, especially those it thought favorable to its case.

7.      SWAPA's production of text messages began in July 2022 and continued after the appeal.  *See* SWAPA 221-235.

8.      In 2025 alone, SWAPA made six separate productions of Captain Roebling's text messages.  Those productions were made on April 15, 2025 (SWAPA 331-3338), May 29, 2025 (SWAPA 3487-3488), August 29, 2025 (SWAPA 3788-3843), September 12, 2025 (SWAPA 3868-3916), September 17, 2025 (SWAPA 3976-4029), and October 30, 2025 (SWAPA 4109-4242).  None of these productions included messages from Doyle Hill.

9.      SWAPA didn't produce Captain Hill's text messages until March 5, 2026.  No explanation has been given for why it took SWAPA years to produce Captain Hill's messages.

**RYAN DECLARATION—PAGE 2 OF 6**

<span style="color:red">**App. 2**</span>

10.    After March 5, 2026, Southwest and its counsel were consumed by depositions for this case and other matters.  Depositions in this case were taken on March 5, 6, 12, and 13.  Spring Break was March 16 through 20.  And I was out for a trial in Miami from March 21 until March 27.

11.    After returning from trial, I formally requested deposition dates for Captains Hill and Murphy.  On April 8, 2026, SWAPA promised it was "working to coordinate" those depositions.

12.    On April 13 and 14, 2026, during separate preparation sessions for Southwest's Rule 30(b)(6) witnesses, Southwest thoroughly reviewed Captain Hill's and Captain Murphy's text messages.  Following these sessions, Southwest provided copies of these messages to its Headquarters Chief Pilot.  He apparently reported Captain Hill's text messages to Employee Relations (ER).

13.    On April 15, 2026, Southwest's first Rule 30(b)(6) witness, former SWAPA President Carl Kuwitzky, was deposed.  A true and correct copy of excerpts from Captain Kuwitzky's deposition are attached as **Exhibit E**.

14.    On April 17, 2026, SWAPA offered Captains Hill and Murphy for deposition on May 5, 2026.

15.    On April 21, 2026, Southwest noticed the depositions.  A true and correct copy of the deposition notices are attached as **Exhibit F**.

**RYAN DECLARATION—PAGE 3 OF 6**

App. 3

16.     On April 23, 2026, Southwest's second Rule 30(b)(6) witness, Captain Chris Meehan, testified. We do not yet have the transcript of Captain Meehan's deposition. However, my memory is that Captain Meehan expressly testified that Captain Hill's text messages had been reported to Southwest's ER department, which was investigating.

17.     On April 27, 2026, Southwest wrote SWAPA to ask that the remaining texts be produced "[i]n advance of the Doyle Hill deposition." A true and correct copy of my email to Jim Sanford, SWAPA's counsel, is attached as **Exhibit G**.

18.     On April 30, 2026, Mr. Sanford responded, objecting to producing some documents, but producing some others. A true and correct copy of Mr. Sanford's email, as well as the documents attached to it, is attached as **Exhibit H**.

19.     On May 1, 2026, I wrote to Mr. Sanford, renewed Southwest's request for the full text chain, and responded to SWAPA's objections to producing it, noting this request was "time-sensitive" because Captain Hill was being deposed "in 4 days." A true and correct copy of my email to Mr. Sanford is attached as **Exhibit I**.

20.     On May 1, 2026, after 7 P.M., Joe Gillespie, SWAPA's counsel, wrote me to allege that SWAPA would file a protective order to preclude Southwest from deposing Captains Hill and Murphy because Captain Hill had just learned his text messages were the subject of an ER investigation. A true and correct copy of Mr. Gillespie's email is attached as **Exhibit J**.

**RYAN DECLARATION—PAGE 4 OF 6**

App. 4

21.    On May 4, 2026, I informed Mr. Gillespie that Southwest opposed cancelling the depositions and the entry of the protective order.  I also detailed why any claim of witness intimidation was frivolous.  A true and correct copy of my email to Mr. Gillespie is attached as **Exhibit K**.

22.    On May 4, 2026, I also renewed Southwest's request for the complete text exchange between Captains Hill and Roebling.  Shortly thereafter, SWAPA confirmed that it would not present either Captain Hill or Captain Murphy for their properly noticed depositions on May 5, 2026.

23.    A true and correct copy of excerpts from the April 16, 2026 deposition of SWAPA's Rule 30(b)(6) witness, current SWAPA President Captain Jody Reven, is attached as **Exhibit L**.

24.    A true and correct copy of excerpts from the March 6, 2026 deposition of Captain Nancy Martin-Belitz is attached as **Exhibit M**.

25.    A true and correct copy of SWAPA's July 8, 2022 Objections and Responses to Southwest's First Requests for Production are attached as **Exhibit N**.

26.    A true and correct copy of SWAPA Deposition Exhibit 86, text messages between Captain Mike Steyer and Captain Jennifer Wise, is attached as **Exhibit O**.

**RYAN DECLARATION—PAGE 5 OF 6**

App. 6

27.    I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 5, 2026.                    /s/ Andrew B. Ryan
                                            Andrew B. Ryan
                                            Counsel to Southwest Airlines Co.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SOUTHWEST AIRLINES PILOTS      )(
ASSOCIATION,                   )(
    PLAINTIFF,                 )(
                    )(
VS.                            )(   CASE NO.3:21-cv-2608-E
                    )(
SOUTHWEST AIRLINES CO.,        )(
    DEFENDANT.                 )(

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF

TIMOTHY ROEBLING

SEPTEMBER 24, 2025

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF TIMOTHY ROEBLING, produced as a witness at the instance of the Defendant, and duly sworn, was taken in the above-styled and numbered cause on the 24th day of September, 2025, from 9:50 a.m. to 6:07 p.m., before KAYCEE DORTCH, CSR, in and for the State of Texas, reported by oral stenograph, at 5221 N. O'Connor Boulevard, Suite 500, Irving, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached herein.

EXHIBIT A



MR. GILLESPIE:  And before I forget, we request the right to review and sign pursuant to Rule 30.

MR. RYAN:  No problem at all.

MR. GILLESPIE:  Okay.

TIMOTHY ROEBLING,

having first been duly sworn, testified as follows:

EXAMINATION

BY MR. RYAN:

Q.  All right, Mr. Roebling.  Can you state your full name for the record please?

A.  Yes.  Timothy P. Roebling.  P is Patrick.  I'm sorry.

Q.  That's no problem.  And what's your home address and telephone number?

A.  Home address is ███████████████████ ████████████████  Telephone number, ██████████

Q.  Go Chiefs?

A.  I do like the Chiefs.

Q.  All right.

A.  Yes.

Q.  You understand you've just been given an oath by the court reporter that requires you to tell the truth in this deposition?

A.  I do.

Q.  And you understand that's the same oath you'd be



Q.   So in total, there were roughly around ten people?

A.   Yes.  That sounds -- that could be accurate, yes.

Q.   And how did this group of ten people get together?  Was there an invite?  Was it organic because a lot of people stay at the DoubleTree Love Field?

A.   Yeah.  So it was organic.

Q.   Okay.

A.   Yeah.

Q.   So essentially is the process, you know, get done with your work at Love Field, go to the DoubleTree, and you'll run into your coworkers at the restaurant and bar?

A.   Yeah.  You know, get back from work, go get a workout in, and then shower, and go downstairs to eat dinner.

Q.   Okay.  About how long had your group been hanging out at the restaurant at the DoubleTree before these text messages that we're going to look at start being exchanged?

A.   I can't -- I can't recall.

Q.   Okay.  Let me show you the messages we're going to look at.  We'll mark it as Exhibit 11.

(Exhibit Number 11 marked and entered.)

Q.   (BY MR. RYAN)  And the first thing I'm just going to focus on is the timestamp that's underneath the first one.

A.   Okay.  Hold on.  There it is.  Okay.

Q.   So underneath the picture of the blue suede shoes, you should see a timestamp that says Wednesday, 8:04 p.m.  Do



you see that?

A.   Yes.  I see that.

Q.   Okay.  The -- the fact that these messages were exchanged at 8:04 p.m., does that help refresh your recollection of how long your group was together at the DoubleTree restaurant and bar?

A.   Not -- not particularly.  I do think, however, that this is -- I think Mark and I -- at least Mark and I had been there for -- I don't -- I can't, again, recall a time frame.  Not long, I would say because I know we hadn't even eaten yet, and Matt showed up in -- in those slippers and that's what sparked the conversation.

Q.   Okay.  So you hadn't eaten yet by the time Mr. Richards showed up; is that right?

A.   I'm fairly -- fairly sure, yes.

Q.   So -- and best estimate of how long you'd been there -- was it an hour, 30 minutes -- before Mr. Richards showed up?

A.   I would say -- I mean, I'm guessing -- 30 minutes or less.

Q.   Okay.  Were you and Mr. Arriola the only ones that were there when Mr. Richards showed up?

A.   I don't believe so.  I believe that there was still some -- some other check airmen there.

Q.   Was Mr. Salsky there?



A.   I cannot remember.

Q.   Okay.  Were you drinking that night?

A.   Yes.

Q.   What were you drinking?

A.   Beer.

Q.   By the time of this text message around 8:04 p.m., about how many beers had you had?

A.   Guessing probably -- I would say two or maybe three.

Q.   What's your beer of choice?

A.   Generally, Miller Lite.

Q.   Do you think that's what you're drinking that night?

A.   I mean, I -- I would guess.  I can't really remember.  I mean, that's the normal choice for me, so I would assume it could -- could have been, yes.

Q.   So your -- your habit, if you were at the DoubleTree bar, would have been to order a Miller Lite?

A.   Most -- most nights, yes.

Q.   Okay.  And you said you hadn't eaten; is that right?

A.   Correct.  Well, I mean, I say I hadn't eaten.  You know, making sure that I'm trying to recall this correctly.  I can't really say for sure because I may have known at one point.  Right now as you ask the question though, I cannot be sure.

Q.   So you may have eaten?  You may not have?  You're just not sure?




it?

Q.   Oh, yes.  Sorry.  I didn't realize you were asking me.  Yes, sir.  I have.

A.   So the reason I'm very careful about asking that is because that was a -- a fun little thing for everybody to try to get me to read things from the urban dictionary.

Q.   So you were worried if you asked him, "What are Puerto Rican fence climbers," he would pull up urban dictionary and make you look at it and it would make you feel embarrassed?

A.   Make me laugh uncontrollably, which, yes.  And I feel ashamed at that, but it was -- it was a source of great fun for a lot of people in standards and I thought all in good fun, but, yes.

Q.   Okay.  And then, when Captain Wise sends her comment in, "Elvis," your testimony is you had not seen that?

A.   I had not.

Q.   Okay.  So then you respond with yours -- with your comment "Vagina!!!" right?

A.   Yes.

Q.   Where did that come from?

A.   The best that I can recall, was -- obviously, all this happened in quick succession.  We were laughing, making fun of Matt's shoes.  Mark made the comment, and then all of our phones started giving us the notifications.  And I just --



confidential by not discussing it with employees.  Retaliation is prohibited.  Please notify employee relations or leadership if you believe you have been retaliated against and you may have a union rep present at any time you speak with employee relations."

Do you see that?

A.    Uh-huh.

Q.    Did she advise you that you had the right to have a union rep present on your call on February 22nd?

A.    Not that I remember.  Yes.  Not that I remember.

Q.    Did you ask to have a union rep present with you on that call?

A.    No.  I did not.

Q.    All right.  The first bullet point says, "Please keep our conversation confidential by not discussing it with employees."

Did you agree to that request that she made?

A.    I did.

Q.    And did you keep your conversation with employee relations confidential?

A.    With other employees, yes.  I mean, I talked to my wife about it.

Q.    Okay.  But did you talk to other pilots or check pilots or standard check pilots at Southwest about it?

A.    I do believe I did not.  I believe I -- no.  I don't



believe I did.

Q.   Okay.  Now, at some point, you do disclose the existence of this employee relations investigation to other pilots, right?

A.   I believe it was -- yeah.  I did.  I'm trying to think.  It would have been probably after my termination.  I mean, but by that time, in all fairness, they were -- I was getting texts and calls from people that already knew about it and I don't know how.  I wasn't even there.  I was home on vacation so --

Q.   Okay.  And then, she attaches a copy of the company policy concerning harassment, sexual harassment, discrimination, and retaliation.  That's on page 2 of this document.

A.   Uh-huh.

Q.   Did you stop to read this policy after she emailed it to you?

A.   I believe I did.

Q.   Okay.  And was this kind of familiar to you as pretty consistent with the type of anti-harassment, discrimination policy Southwest has?

A.   That I was aware of, I would think so, yeah.

Q.   Okay.  And did you view any of your conduct on that February 2021 group text to be violative of this particular policy?



Messages - Doyle Hill, Jr. (+███████)                    +████████████████████████

iMessage
2/11/21 10:36:27 AM CST

Doyle Hill, Jr. (+███████)
Are ckam getting a heads up when SWAPA guys are coming through training?

2/11/21 10:37:48 AM CST

Most likely yes. But that's a guess. If they are it's bullsheet.

2/11/21 10:38:00 AM CST

Doyle Hill, Jr. (+███████)
My ckam knew I was a swapa guy when I went through and another rep that just went through said they were both named Matt and asked which one of you is the SWAPA guy.  Just seems weird.

2/11/21 10:38:35 AM CST

It is.

2/11/21 6:00:29 PM CST

https://data.ntsb.gov/Docket?ProjectID=98737

2/11/21 9:29:13 PM CST

Doyle Hill, Jr. (+███████)



2/11/21 9:29:15 PM CST

Doyle Hill, Jr. (+███████)
We won





Messages - Doyle Hill, Jr. (+█████████)                    +█████████████████████████

2/11/21 9:30:03 PM CST

Awesome!! Who's dat big kid on your left. 🤵

2/11/21 9:30:25 PM CST

Doyle Hill, Jr. (+█████████)
Hes a beast

2/11/21 9:30:32 PM CST

Doyle Hill, Jr. (+1█████████)
12 yrs old

2/11/21 9:30:51 PM CST

We miss y'all. Btw we move the 27th. C'mon up and help. 😛

2/18/21 6:24:42 PM CST

Doyle Hill, Jr. (█████████)
How long is the training center closed for now?

2/18/21 6:25:15 PM CST

🤷‍♂️

2/22/21 5:16:48 PM CST

Can u talk?

2/22/21 5:22:54 PM CST

Doyle Hill, Jr. (+█████████)
Call me

2/22/21 7:12:01 PM CST

Doyle Hill, Jr. (+█████████)
You good?

2/22/21 7:12:43 PM CST

Yeah. Just mulling things over. I just sent this to the ER chic.

SWAPA 4739

App. 16

Messages - Doyle Hill, Jr. (+1 ██████████ )                                              +████████████████████████████

2/22/21 7:13:10 PM CST

> Hello Julie,
>
> I have been hashing over everything and I want to ensure I clarify a point from our earlier conversation: The word I used was juvenile and inappropriate. I regret having posted it. However, the word was not directed at any person on the chat or sitting at the table. It was a inappropriate and poor attempt at humor, made as numerous SCA were laughing and joking, both in person and on the chat. Having reread the whole thing the fact that it posted directly after a comment by Jennifer Wise was completely coincidental. I would never be so derogatory to any individual, let alone a person I admire, respect and look up to. That is why I apologized publicly once I realized the inappropriateness of my comment. That does not excuse my stupidity, at all. I just want to ensure that is clear.
>
> Also, my supervisor as a pilot is my Chief Pilot, Nick Caufield. I did ask Chris Meehan to apologize on my behalf to Jennifer as I stated below as Chris is the Director of Standards and Jennifer is a Check Pilot as I am as well. Will you be notifying Nick as well at the conclusion of your investigation?
>
> Thank you,
>
> Tim

2/22/21 7:14:03 PM CST

> Sound good?

2/22/21 7:18:37 PM CST

> Hello?

2/22/21 7:48:39 PM CST

> H E L L O O O????

2/22/21 8:12:47 PM CST

> I really want to bounce this off Pat Thomas. What u think?

2/22/21 8:29:59 PM CST

Doyle Hill, Jr. (+ ██████████

Sure. Just tell him to keep tight lipped.  If they told you not to talk about it, they mean it.  But you trust him

**SWAPA 4740**

**App. 17**

Messages - Doyle Hill, Jr. (+1 ███████)                    +███████████████

2/22/21 8:30:11 PM CST

Ok

2/23/21 9:50:29 AM CST

Doyle Hill, Jr. (███████)
Love you bro

2/23/21 9:50:46 AM CST

Love you. 👊

2/23/21 9:51:03 AM CST

Doyle Hill, Jr. (███████)
Sorry youre having to desl w this on top of everything else youve had to in the last yr

2/23/21 9:51:10 AM CST

Doyle Hill, Jr. (+███████)
Not right

2/23/21 9:51:48 AM CST

Yeah. It sucks. I've gotta learn to keep my mouth shut.

2/23/21 9:59:41 AM CST

Doyle Hill, Jr. (+1 ███████)
Yeah

You do.

People call me the black helicopter guy.  But to a certain extent theyre real.

We are guilty of being good people doing things for the right reasons. We expect the people we work with and go into battle with, to be the same.  Thats one of our weaknesses. Most are not.  Most are self centered and do things for their own personal gain and advancement. Thats why when we find others like us, ie the pat thomas's of the world, strong bonds and friendships are made.

You misstepped, we all do.  But it was a very very small misstep in the big scheme of things.

Page 4 of 123

SWAPA 4741

App. 18

Messages - Doyle Hill, Jr. (+1 ███████)    +███████

2/23/21 10:00:32 AM CST

Yeah.

2/23/21 11:37:35 AM CST

Doyle Hill, Jr. (+1 ███████)

Just had a thought.

If you get fired as a ckam you should come back and chair the swapa ckam committee

2/23/21 11:37:51 AM CST

Doyle Hill, Jr. (+1 ███████)

And raise hell

2/23/21 1:42:14 PM CST

I could.

2/24/21 8:27:15 AM CST

Doyle Hill, Jr. (+███████)

Any updates?

2/24/21 10:44:22 AM CST

Nothing

2/24/21 11:06:13 AM CST

Crickets. The ER person didn't even acknowledge receipt of my email.

2/24/21 11:29:54 AM CST

Should I reach out to her? Or anyone?

2/24/21 11:35:44 AM CST

Doyle Hill, Jr. (+███████)

Sit on your hands

2/24/21 11:35:49 AM CST

Doyle Hill, Jr. ███████

Do nothing

**SWAPA 4742**

**App. 19**

Messages - Doyle Hill, Jr. (+1 ██████████)                                    +██████████████████████

2/24/21 11:36:14 AM CST

Doyle Hill, Jr. (██████████)
I know thats not your nature, but its the correct play right now

2/24/21 11:36:21 AM CST

Ok

2/24/21 4:29:36 PM CST

This driving me nuts. Good grief.

2/24/21 4:31:35 PM CST

Doyle Hill, Jr. (+██████████)
It takes weeks sometimes

2/24/21 4:32:28 PM CST

Feck. Me. It was one word and a apology 10 minutes later.

2/24/21 4:32:48 PM CST

Doyle Hill, Jr. (+1 ██████████)
Welcome to swa

2/25/21 12:13:57 PM CST

Doyle Hill, Jr. (██████████)
Im on a list of 38 people that isnt scheduled for max training, the company has said will dequal march 11, and they are saying they will not pay us

2/25/21 12:14:00 PM CST

Doyle Hill, Jr. (██████████)
Lol

2/25/21 12:14:06 PM CST

Doyle Hill, Jr. (██████████)
Morons

2/25/21 12:14:28 PM CST

Doyle Hill, Jr. (██████████)
This place is such a joke

**SWAPA 4743**

**App. 20**

Messages - Doyle Hill, Jr. ▮▮▮▮▮▮                                                    +▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2/28/21 9:41:48 AM CST

Doyle Hill, Jr. ▮▮▮▮▮▮

Sup?

Text message
2/28/21 10:31:44 AM CST

Trying to survive a move.

iMessage
3/1/21 1:22:41 PM CST

Doyle Hill, Jr. ▮▮▮▮▮▮

Hows it going?

Any changes?

3/1/21 2:15:14 PM CST

All moved. Just tying up lose ends now. I haven't heard much on the work thing.

3/1/21 2:25:37 PM CST

Doyle Hill, Jr. ▮▮▮▮▮▮

Have you heard anything on it?

Havent heard much, implies you heard something, just not a lot

3/2/21 8:44:06 AM CST

Doyle Hill, Jr. ▮▮▮▮▮▮

Vagina

3/2/21 8:49:10 AM CST

Doyle Hill, Jr. ▮▮▮▮▮▮

I have a favor to ask

U need to find out what kind of car meehan drives, and where he parks.

3/2/21 8:50:05 AM CST

Shut it. You Puerto Rican Fence Climber. He drives a white Audi and parks in Wings Garage.

SWAPA 4744

App. 21

Messages - Doyle Hill, Jr. ⬛⬛⬛⬛⬛                                      +⬛⬛⬛⬛⬛⬛⬛⬛⬛

3/2/21 8:50:42 AM CST

Doyle Hill, Jr. ⬛⬛⬛⬛
License plate say "737DRVR"

3/2/21 8:50:55 AM CST

Doyle Hill, Jr. ⬛⬛⬛⬛
?

3/2/21 8:51:24 AM CST

I don't think he has a personal plate. But I'm not sure.

3/2/21 8:51:34 AM CST

Doyle Hill, Jr. ⬛⬛⬛⬛
Or is he AV8TOR?

3/2/21 8:51:52 AM CST



3/2/21 11:10:42 AM CST

Doyle Hill, Jr. (+1⬛⬛⬛⬛
Where is normal checklist methodology found?

3/2/21 12:19:41 PM CST

Doyle Hill, Jr. ⬛⬛⬛⬛
Jay bellar and chip ellsworth are up for ckam committee

3/2/21 12:20:27 PM CST

Doyle Hill, Jr. ⬛⬛⬛⬛
Vagina

3/2/21 12:21:18 PM CST

Good.

Page 8 of 123

App. 22



**SWAPA 4746**

**App. 23**

Messages - Doyle Hill, Jr. (+⬛⬛⬛⬛⬛    +⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

3/2/21 12:25:23 PM CST

Doyle Hill, Jr. (⬛⬛⬛⬛⬛
VAAAAAAAAAAAAA

3/2/21 12:25:30 PM CST

Doyle Hill, Jr. (+⬛⬛⬛⬛⬛
GINAAAAAAAAAAAA

3/2/21 12:26:10 PM CST

Doyle Hill, Jr. (+1⬛⬛⬛⬛⬛
Ams are the work of satan

3/2/21 12:26:37 PM CST

Ya. AM's are horrible.

3/3/21 6:08:13 PM CST

Send me Figs cell. I don't have it.

3/3/21 6:12:32 PM CST

Doyle Hill, Jr. (+⬛⬛⬛⬛⬛
Ok

3/3/21 6:12:53 PM CST

Doyle Hill, Jr. (+⬛⬛⬛⬛⬛
*Attachment stored in iCloud: Fig Newton.vcf (Attachment)*

3/3/21 7:16:47 PM CST

Doyle Hill, Jr. (+1⬛⬛⬛⬛⬛
Vagina

3/3/21 7:17:55 PM CST

Doyle Hill, Jr.

3/3/21 7:17:57 PM CST

Yup.

**SWAPA 4747**

**App. 24**

Messages - Doyle Hill, Jr. ███████    +███████████████████████████

3/3/21 7:18:07 PM CST



3/3/21 7:20:54 PM CST

Doyle Hill, Jr. (+███████)
U talk to dave?

3/3/21 7:21:37 PM CST

Doyle Hill, Jr. ███████
It sounds weird calling him that.  I mean fig

3/3/21 7:22:33 PM CST

He hasn't texted back. I asked him when a good time to call is.

3/3/21 10:49:28 PM CST

Doyle Hill, Jr. ███████
The more i think about it, I think you need to speak w seth or casey. They need to know he's targeting you and they might need to speak with legal.  Not sure exactly what if anything those guys can do, but it just doesnt seem right

3/3/21 11:07:19 PM CST

Agree. And I'd be glad to.

3/3/21 11:09:28 PM CST

Doyle Hill, Jr. (+███████)
You want me to grease those skids and have them contact you or do you wantvto reach out to them?

3/3/21 11:10:47 PM CST

I'd like you to do it. I'm reaping what I've sowed. Bug it pisses me off.

3/3/21 11:10:51 PM CST

But

**SWAPA 4748**

**App. 25**

Messages - Doyle Hill, Jr. (███████████)                    +███████████████████████████

3/3/21 11:11:25 PM CST

Having another swapa goon start the process would be good. That's you.

3/3/21 11:12:17 PM CST

Doyle Hill, Jr. (███████████)

Ok.  Ill talk to them first thing in the morning.  I have 1.5 hrs on the ground in HOU around 900 am

3/3/21 11:12:33 PM CST

Fig is gonna call in the morning. He apologized fir not answering sooner. Family time, which I get.

3/3/21 11:14:16 PM CST

Thanks bro. Fights on.

3/3/21 11:15:54 PM CST

Doyle Hill, Jr. (███████████)

Hes a good dude.  Keep it professional with him.  Just explain the two incidents and ask him if theres anything you can do or anything that he thinks you should do.

3/3/21 11:16:56 PM CST

I know Fig well. We interviewed several people together for CKAM. Don't worry.

3/3/21 11:31:20 PM CST

Doyle Hill, Jr. (+███████████)

Im not worried.   Youre a pro

3/3/21 11:33:45 PM CST

A pro at trying to do the right thing. And getting nut punched in the process for a word texted on a group chat that wasn't even slang. Then apologizing. 🙇

**SWAPA 4749**

**App. 26**

Messages - Doyle Hill, Jr. ▮▮▮▮▮▮▮                                  +▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3/4/21 6:24:22 AM CST

Doyle Hill, Jr. ▮▮▮▮▮▮▮

Sorry to text so early.

When you speak w fig you need to make sure you dont make this about meehan, but what he is doing.  Hes using the discipline process and the mdw chiefs to do "what appears to be" targeting you.

The discipline process is not supposed to be "punishment" its supposed to correct behavior and make employees more productive and better for SWA.

In my opinon, hes abusing that process.  Hes abusing the position of the MDW chiefs by trying to get them to do his bidding.  When they handle the discipline or say what theyre gonna go he became argumentative.  This is not ok.

And in the crosshairs of all this is you.

3/4/21 6:25:20 AM CST

Doyle Hill, Jr. ▮▮▮▮▮▮▮

Btw that part about discipline not being punishment and correcting behavior is straight out of the book

3/4/21 10:42:04 AM CST

Doyle Hill, Jr.▮▮▮▮▮▮▮

*Attachment stored in iCloud:*
*Casey Murray.vcf (Attachment)*

3/4/21 10:42:04 AM CST

Doyle Hill, Jr. (+▮▮▮▮▮▮

I spoke w casey.  He would like speak with you.  Can you please call him when you can?

3/4/21 10:59:11 AM CST

Yes

3/4/21 11:39:36 AM CST

Doyle Hill, Jr. ▮▮▮▮▮▮▮

When you go back to dallas?

SWAPA 4750

App. 27

Messages - Doyle Hill, Jr. (⬛⬛⬛⬛)                                    +⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

3/4/21 11:42:37 AM CST

> March 25

3/4/21 11:49:40 AM CST

**Doyle Hill, Jr. (⬛⬛⬛⬛)**
Oh yeah on "vacation" (in cajun man accent)

3/4/21 12:02:34 PM CST

**Doyle Hill, Jr. (+⬛⬛⬛⬛)**
Can I get a V   ""V""!

3/4/21 12:02:38 PM CST

**Doyle Hill, Jr. (+⬛⬛⬛⬛)**
Can i get an A   "A"""!!!!

3/4/21 12:03:00 PM CST

> Gina!!

3/4/21 12:03:43 PM CST

**Doyle Hill, Jr. (⬛⬛⬛⬛)**
Can i get a G ""G""!

3/4/21 12:04:06 PM CST

**Doyle Hill, Jr. (+1⬛⬛⬛⬛)**
Can i get an I ""I""

3/4/21 12:04:34 PM CST

**Doyle Hill, Jr. (+⬛⬛⬛⬛)**
Lol

3/4/21 12:04:35 PM CST

**Doyle Hill, Jr. (⬛⬛⬛⬛)**
U call case yet?

3/4/21 12:04:36 PM CST

**Doyle Hill, Jr. (⬛⬛⬛⬛)**
U need to.  He doesnt like meehan.  I think he would like a reason to come off the top rope

**SWAPA 4751**

**App. 28**

Messages - Doyle Hill, Jr. ▮▮▮▮▮▮▮▮▮                          ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3/4/21 12:05:09 PM CST

I did. Thinking on it.

3/4/21 12:10:52 PM CST

Doyle Hill, Jr. ▮▮▮▮▮▮▮▮
Case is thinking on it?

3/4/21 12:11:09 PM CST

I am.

3/4/21 12:11:53 PM CST

Doyle Hill, Jr. (+▮▮▮▮▮▮▮
U thinking about not calling him?

3/4/21 12:13:01 PM CST

No. I called. Trying  to hang shower rod. What time tonight is a good time to call u?

3/4/21 12:14:35 PM CST

Doyle Hill, Jr. ▮▮▮▮▮▮▮▮
Oh ok.

I get into DAL at 6:05

3/4/21 12:16:26 PM CST



3/4/21 2:53:13 PM CST

Doyle Hill, Jr. ▮▮▮▮▮▮▮ )
If.....your happy and you know it say vagina, "VAGINA"!!

If if your happy and you know it say vagina, "VAGINA"!

If youre happy and you know it let chris meehan really show it if youre happy and you know it say vagina, "VAGINA"!

3/4/21 2:53:55 PM CST

Can I call?

Page 15 of 123

**SWAPA 4752**

**App. 29**



**SWAPA 4753**

**App. 30**

Messages - Doyle Hill, Jr. (+ ███████ )                                    +███████████ █████

3/4/21 7:13:16 PM CST



How not to offend someone.
youtu.be

https://youtu.be/xb_dc3trJgM

3/5/21 5:35:30 PM CST

Doyle Hill, Jr. (███████

U know jk switzer?

3/5/21 5:36:06 PM CST

Yes

3/5/21 5:36:39 PM CST

Doyle Hill, Jr ███████

Just got hired as full time asst cp in HOU

3/5/21 5:36:53 PM CST

Doyle Hill, Jr. (███████

Howd your lunch go today?

3/5/21 5:37:21 PM CST

Good. He said he believes it's contained now.

3/5/21 5:39:49 PM CST

Doyle Hill, Jr. (███████

Ok.

I e been thinking about it, you know everyone that works at the dbltree, i saw we find a working girl, pay her some money to get him good and drunk, take him upstairs take lots of pics, then have some of her boys rob him and throw him in the trinity river

Page 17 of 123

**App. 31**

Messages - Doyle Hill, Jr. ( ███████ )                                    +███████████████████████████

3/5/21 5:40:29 PM CST



3/5/21 5:40:56 PM CST

He lives in Dallas.

3/5/21 5:43:45 PM CST

Would me leaving the Gator chat now be considered retaliation?

3/5/21 5:51:09 PM CST

Doyle Hill, Jr. ( ███████ )

No. Not in my opinion.

Retaliation is against one person.  Specifically the one who lodged a complaint against you if you knew who that person was.  So, lets say you kicked john reed off the gator, that could possibly be viewed as retaliation.

3/5/21 5:51:35 PM CST

Doyle Hill, Jr. ( ███████ )

I wouldnt shut down the gator.

Just turn it over to someone else

3/5/21 5:52:18 PM CST

Ok. So I'd be ok to leave it at this point? It wouldn't be considered retaliation?

3/5/21 6:25:22 PM CST

Doyle Hill, Jr. (+███████ )

Say something like "its crossed my mind, due to recent events, to just shut down the gator.  However, everyone hates it when one person shits their pants, and the companies solution time after time is to make everyone wear diapers.  So that being said, if someone wants to take on the gater, Id love to hear from them"

3/5/21 6:25:39 PM CST

Doyle Hill, Jr. ( ███████ )

No it wouldnt be retaliation for leaving that

**SWAPA 4755**

App. 32

3/5/21 6:26:02 PM CST



3/5/21 6:26:20 PM CST

> I already got someone who will take it over.

3/5/21 6:30:49 PM CST

> Wtf do I tell people when they ask? Can I say I went thru an ER investigation for something I posted on the Gator?

3/5/21 6:31:33 PM CST

Doyle Hill, Jr. ▮▮▮▮▮

I think youre fine to say that.

I would leave out specifics

3/5/21 6:31:39 PM CST

> This is a text from Nick.
>
> "Tim,
>
> Sorry we had to go this route. I think this should contain the matter.
>
> Thanks for your cooperation!
>
> Have a Great Weekend!"

3/5/21 6:32:24 PM CST

Doyle Hill, Jr. ▮▮▮▮▮

Thats why pilots need to have a relationship w their chiefs

3/5/21 6:32:41 PM CST

Doyle Hill, Jr. ▮▮▮▮▮

Instead of being scared of them.

3/5/21 6:32:59 PM CST

Doyle Hill, Jr. ▮▮▮▮▮

Never know when you might beed them to go to bat for you

**SWAPA 4756**

**App. 33**

Messages - Doyle Hill, Jr. ▮▮▮▮▮                                                    +▮▮▮▮▮▮▮▮▮▮▮▮▮

3/5/21 7:03:43 PM CST

I left the Gator.

3/8/21 1:20:13 PM CST

Doyle Hill, Jr. (+▮▮▮▮▮

Im giving Rudy your number.

He was a little frustrated w his aqp and the instruction seemed more interested in meeting someone afterwards than answering all his questions.  You mind if i do that?

3/8/21 1:20:40 PM CST

That's fine.

3/8/21 1:20:49 PM CST

Doyle Hill, Jr. (+▮▮▮▮▮

Thanks

3/8/21 1:21:05 PM CST

Doyle Hill, Jr. (+▮▮▮▮▮

Sounds like training this yr sucks

3/8/21 1:21:56 PM CST

It's not the best.

3/21/21 10:23:56 AM CDT

Doyle Hill, Jr. (▮▮▮▮▮

Has there been some sort of communication given out to the ckam that if pilots have an incident, SWAPA will ask to see their phones or if they were logged onto wifi in the AC, and if they were, SWAPA will not represent them?

3/21/21 10:24:16 AM CDT

Doyle Hill, Jr. (+▮▮▮▮▮

There are some HOU ckam peddling this info

3/21/21 10:24:58 AM CDT

No. Nothing like that.

Page 21 of 123

**SWAPA 4757**

<span style="color:red">**App. 34**</span>



Messages - Doyle Hill, Jr. (███████████)                    +███████████████████████████

**3/22/21 3:43:35 PM CDT**

Doyle Hill, Jr. (███████████)
What day is your meeting?

**3/22/21 3:49:53 PM CDT**

Thursday. 9 AM

**3/22/21 4:01:35 PM CDT**

Doyle Hill, Jr. (███████████)
You gonna call me after?

**3/22/21 4:03:46 PM CDT**

Sure

**3/25/21 10:30:52 AM CDT**

They pulled everything. Just a line dude again.

**3/25/21 6:25:09 PM CDT**

I'll call you back in a few.

**3/25/21 6:33:41 PM CDT**

Doyle Hill, Jr. (███████████)
Ok

**3/26/21 12:32:49 PM CDT**

Doyle Hill, Jr. (███████████)
Doing ok?

**3/26/21 12:33:19 PM CDT**

Yeah. Out with Bec.

**3/26/21 12:33:35 PM CDT**

Doyle Hill, Jr. (+███████████)
Ok.  Good

Hows she doing?

SWAPA 4758

**App. 35**

Messages - Doyle Hill, Jr. ▆▆▆▆▆▆▆                                        +▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

3/26/21 1:19:41 PM CDT

I finally slept good. However, as I've been thinking, I cannot accept that this has happened. And for Chris to say it was over one word on the chat. With EVERYTHING else said just that night, let alone throughout its existence. It is angering me more and more. For Pete's sake. Have the balls to just tell me the truth. Fire me because I don't toe the line, fire me because you don't like me. Whatever. Just be man enough to tell me.

3/26/21 1:19:55 PM CDT

Everything about this is manufactured.

3/26/21 1:20:02 PM CDT

Becky is fine.

3/26/21 1:20:16 PM CDT

She's pissed.

3/26/21 1:20:22 PM CDT

Just like me.

3/26/21 1:21:32 PM CDT

Doyle Hill, Jr. (+▆▆▆▆▆▆▆

Well, what are you gonna do about it.  IMO, your best recourse is with Casey and SWAPA

3/26/21 1:21:42 PM CDT

Doyle Hill, Jr. (+1▆▆▆▆▆▆

BUT THATS MY OPINION

3/26/21 1:22:04 PM CDT

And that's what I'm doing.

3/26/21 1:22:19 PM CDT

But I'm still pissed.

3/26/21 1:23:40 PM CDT

I've been telling everyone the truth and exactly what happened. And ensuring I include that I don't want revenge. I just want the truth told and the injustice to be known.

SWAPA 4759

App. 36

Messages - Doyle Hill, Jr. ██████      +██████████████

3/27/21 5:01:27 PM CDT

Doyle Hill, Jr. (+██████)
My new overnight shirt

3/27/21 5:01:33 PM CDT

Doyle Hill, Jr. ██████



3/27/21 5:09:15 PM CDT

I like it.

3/29/21 11:22:43 AM CDT

Is it unethical for me to pick up a turn I know I'll call in sick for. To boost my line total for April?

3/29/21 11:29:30 AM CDT

Doyle Hill, Jr. (+██████)
Unetical?

After what u just went through?  Meehan is acting on behalf of the company, ethics would be the last thing on my mind right now

3/29/21 11:30:06 AM CDT

Ok. Thought so. Just wanted to make sure. I picked it up.

SWAPA 4760

App. 37

Messages - Doyle Hill, Jr. ( ▮▮▮▮▮ )                    +▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3/29/21 11:31:08 AM CDT

Doyle Hill, Jr. (+▮▮▮▮▮ )
Meehan did it.  But kennebrew, kasher, waltz,  fig all knew about it, and if they didnt they should know now.  And what have you heard?  Crickets......

3/29/21 11:31:51 AM CDT

Doyle Hill, Jr. (+▮▮▮▮▮
You wont hear anything about it

3/29/21 11:31:51 AM CDT

I'll be less about $3200.00 a month now with losing my over ride. That's significant.

3/29/21 11:32:03 AM CDT

Doyle Hill, Jr. (+▮▮▮▮
Yeah.  It is

3/29/21 11:32:25 AM CDT

Ok. Thanks. Just wanted to run it by you.

3/29/21 11:38:10 AM CDT

Doyle Hill, Jr. ▮▮▮▮▮
Love u
Mean it

3/29/21 11:38:37 AM CDT

Thanks.

3/29/21 11:38:52 AM CDT

Doyle Hill, Jr. ▮▮▮▮▮
Asjust ur budget and spend time w the fam

3/29/21 4:32:11 PM CDT

Feck. Steven Whitt's mom just died.

3/29/21 4:32:32 PM CDT

Doyle Hill, Jr. (+▮▮▮▮
Unexpectedly?

**SWAPA 4761**

**App. 38**

Messages - Doyle Hill, Jr. ▮▮▮▮▮▮                                        +▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4/13/21 5:05:48 PM CDT



4/17/21 12:21:02 PM CDT

Jay Bellar called me just before my flight left. He had talked to Chris again a few days ago. Appealing to him to reinstate my ckam letter. Told him about all the support he's gotten from ckam and pilots. Chris called him back last night and said no. 🤷

4/17/21 3:11:11 PM CDT

Doyle Hill, Jr. ▮▮▮▮▮▮

He doesnt like you.  Its personal

4/20/21 7:25:30 PM CDT

Doyle Hill, Jr. (+▮▮▮▮▮▮

Bob hein is a fucking asshole

4/20/21 7:26:01 PM CDT

What he do now?

4/20/21 7:26:17 PM CDT

Doyle Hill, Jr. ▮▮▮▮▮▮

Sticking his nose in shit

4/20/21 7:26:31 PM CDT

Doyle Hill, Jr. (+▮▮▮▮▮▮

ASAP program is about to get axed

**SWAPA 4762**

**App. 39**

Messages - Doyle Hill, Jr. ▉▉▉▉                                                        +▉▉▉▉▉▉▉▉▉▉

7/20/21 9:33:28 PM CDT

New Hampshire.

7/26/21 10:35:47 AM CDT

Doyle Hill, Jr. ▉▉▉▉
Doing an er call today about a mask issue

BS

7/26/21 10:37:28 AM CDT



7/26/21 10:40:51 AM CDT

Doyle Hill, Jr. ▉▉▉▉
Is there something in the book about if we have to power down the jet w people on board?

7/26/21 10:43:00 AM CDT

No. Not that I'm aware of.

7/26/21 10:43:11 AM CDT

Doyle Hill, Jr. (+1▉▉▉▉
Ok thx

7/27/21 3:43:15 PM CDT

My 16 D is scheduled for august 17th.

7/27/21 3:44:41 PM CDT

Doyle Hill, Jr. (+▉▉▉▉
Exciting

7/27/21 3:45:46 PM CDT

Mmmhmm

7/27/21 6:13:36 PM CDT

I go down to Dallas to prep on the 16th. Meeting on 17th. Will I get paid for those days? How's that work?

Page 78 of 123

**SWAPA 4763**

**App. 40**

Messages - Doyle Hill, Jr. ███████    ██████████████████████████

7/27/21 9:14:51 PM CDT

Doyle Hill, Jr. (+█████████

Dont know.  Never did a 16.d

It should be spelled out in the contract

7/27/21 10:16:40 PM CDT

Yeah, I read that 16 F 4. But it's not super clear. My guess is expenses only.

8/1/21 4:48:09 PM CDT

Hi friend.

8/1/21 4:48:41 PM CDT

Doyle Hill, Jr. ███████

Vagina

8/1/21 4:49:09 PM CDT

Doyle Hill, Jr. ███████

Sup puerto rican fence climber

8/1/21 4:50:12 PM CDT

Doyle Hill, Jr. ███████

Earthquake?

8/1/21 4:50:29 PM CDT

Pumping up da jam. Jackass.

8/1/21 4:51:01 PM CDT

Ugh. I gotta go to work Wednesday.

8/1/21 4:51:40 PM CDT

Doyle Hill, Jr. (+███████

IM going in friday

8/1/21 4:53:42 PM CDT

Joy.

SWAPA 4764

App. 41

Messages - Doyle Hill, Jr. ▓▓▓▓▓                                                    +▓▓▓▓▓▓▓▓▓▓▓▓

8/6/21 2:47:01 PM CDT

Doyle Hill, Jr. ▓▓▓▓▓
Good it worked out

8/6/21 2:47:07 PM CDT

Doyle Hill, Jr. ▓▓▓▓▓
Usually doesnt

8/6/21 2:47:34 PM CDT

Yup.

8/6/21 2:47:58 PM CDT

Both my FO's on this 3 day are JA's. It's nuts.

8/7/21 4:20:22 PM CDT

Having fun yet? Happy to be back? Wish you'd have taken less time off?

8/7/21 4:22:48 PM CDT

Doyle Hill, Jr. ▓▓▓▓▓
Lol

8/7/21 4:22:59 PM CDT

Doyle Hill, Jr▓▓▓▓▓
Its what i expected

8/7/21 4:23:04 PM CDT

Doyle Hill, Jr. ▓▓▓▓▓
More or less

8/7/21 4:23:48 PM CDT

Yup. Hope this place lasts until I retire or medical out.

8/13/21 11:08:52 AM CDT

Doyle Hill, Jr. ▓▓▓▓▓
What day is your thing next week?

Page 81 of 123

SWAPA 4765

App. 42

Messages - Doyle Hill, Jr. ▮▮▮▮▮▮                                            +▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

8/13/21 12:07:14 PM CDT

Tuesday. In person Prep is Monday. Also just finished another video meeting today. I've had 4 hours of that this week. With Linelle.

8/13/21 12:31:07 PM CDT

Doyle Hill, Jr. ▮▮▮▮▮▮

Wow

8/13/21 12:31:10 PM CDT

Doyle Hill, Jr. ▮▮▮▮▮▮

What time tuesday?

8/13/21 12:32:28 PM CDT

At 2 or 3.

8/13/21 12:33:07 PM CDT

Doyle Hill, Jr. ▮▮▮▮▮▮

What time is your flight home?

8/13/21 12:36:37 PM CDT

I have a 6 PM flight to MDW. Start a 3 day Wednesday. Why?

8/13/21 12:43:22 PM CDT

Doyle Hill, Jr. ▮▮▮▮▮▮

Just curious

Let me know how it goes

8/13/21 12:44:14 PM CDT

K

8/14/21 7:50:37 PM CDT

Doyle Hill, Jr. ▮▮▮▮▮▮

Had a scrimmage today

8/14/21 7:50:57 PM CDT

Doyle Hill, Jr. ▮▮▮▮▮▮

Beat the league champs from last yr 19-0

Page 82 of 123

App. 43

Messages - Doyle Hill, Jr. ███████    +███████████████████████

8/16/21 4:57:41 PM CDT

Sad.

8/16/21 4:57:46 PM CDT

Pissed off.

8/16/21 5:53:46 PM CDT

Doyle Hill, Jr. ███████
Tropical storm knocked power out

8/17/21 1:05:07 PM CDT

Waltz just canceled hearing.

8/17/21 1:53:47 PM CDT

Doyle Hill, Jr. ███████
Based on what?

8/17/21 1:54:13 PM CDT

Doyle Hill, Jr. ███████
What does that mean?

8/17/21 1:54:17 PM CDT

Said he had something come up. Not an emergency. I'm sure it's part of their strategy. Costing me time and swapa money.

8/17/21 1:56:53 PM CDT

I called in sick for my trip tomorrow. My blood pressure is through the roof.

8/17/21 2:00:48 PM CDT

Doyle Hill, Jr. ███████
Are you done w swapa for today then?

8/17/21 2:01:04 PM CDT

No. Doing more meeting.

8/17/21 2:01:17 PM CDT

Gathering more info.

SWAPA 4767

App. 44

Messages - Doyle Hill, Jr. ▮▮▮▮▮

9/7/21 8:20:17 AM CDT

Doyle Hill, Jr. ▮▮▮▮▮

Harrison is kicking ass.  Cant wait for you to come down

9/7/21 8:26:03 AM CDT

I'm looking forward to it. I gotta get it planned.

9/7/21 7:19:42 PM CDT

I miss ya brother.

9/7/21 9:30:48 PM CDT

Doyle Hill, Jr. ▮▮▮▮▮

Yeah me too

Wish I was there to help you out this week.  But youll be in good hands

9/7/21 11:05:51 PM CDT

Stupid I'm even dealing with this shit. Ugh. All I needed to do was fly. FUCK.

9/9/21 9:18:56 PM CDT

Doyle Hill, Jr. ▮▮▮▮▮

Why havent i heard from you?

9/9/21 9:20:24 PM CDT

Rushing to make flight. Just landed. Long day. No resolution. I'll call you tomorrow.

9/10/21 8:26:50 AM CDT

Doyle Hill, Jr. ▮▮▮▮▮

Call me

9/10/21 10:02:12 AM CDT

I will. Give me a few.

9/14/21 11:12:12 AM CDT

Doyle Hill, Jr. (+▮▮▮▮▮

U remember to bid vacation?

Page 93 of 123

**SWAPA 4768**

**App. 45**

Messages - Paul Murphy (██████████)                                    +██████████████████████

iMessage
2/7/21 6:12:14 PM CST

Paul Murphy (+██████████)
Uh oh....

2/7/21 9:15:19 PM CST

Paul Murphy (+1██████████)
Sorry bro

2/7/21 9:16:49 PM CST

No worries. Just like everything on our world. Outcome controlled by others. 🤷‍♂️

2/7/21 9:17:24 PM CST

Funny how the parallels all match up.

2/8/21 7:58:32 AM CST

Paul Murphy (+██████████)
Should we all resign at once ... we could plan to be in Dallas all at the same time ... resign then burn the town down with a kick ass party .... these sheep are fecked

2/8/21 9:00:55 AM CST

It's an idea. April meeting. We al

2/8/21 9:01:08 AM CST

L walk.

2/8/21 9:36:04 AM CST

But we've got several in the group that won't quit.

2/8/21 10:23:40 AM CST

Paul Murphy (+██████████)
Too me sheep ... with no shepherd

2/8/21 10:23:58 AM CST

Yup





EXHIBIT
027

App. 46

Messages - Paul Murphy (+███████████)                    +████████████████████

2/8/21 10:52:56 AM CST

**Paul Murphy (**█████████**)**
Check email

2/8/21 11:02:15 AM CST

Looks good!

2/8/21 11:02:38 AM CST

**Paul Murphy (+**██████████**)**
Meehan shit when he read ... I hope

2/8/21 11:04:25 AM CST

Here's what I wrote. As I already sent a detailed email in November.

"Lee and Chris,

My position has not changed since my last email to y'all on this topic. Please reference it if you want the specific whys.

I will reiterate via this email; listen to your Standards group and DO NOT make CRR mandatory for Evacuations. To do so would be a very unwise decision.

Respectfully,

Tim Roebling"

2/8/21 11:06:57 AM CST

**Paul Murphy (**█████████**)**
It prolly waste of time but we will see that idiot changes with the wind ... just last Thursday in front of myself the triad and future manager collier he stated ... it's firm ... we will gather the data and then decide .... firm as ice cream on an august afternoon in Phoenix

2/8/21 11:07:21 AM CST



2/8/21 11:11:55 AM CST

**Paul Murphy (**█████████**)**
Seriously... why do we deal with this idiot .... I know ... make pilots better

**App. 47**
**SWAPA 4175**

Messages - Paul Murphy ⬛⬛⬛⬛⬛                              +⬛⬛⬛⬛⬛⬛⬛⬛

2/8/21 11:14:18 AM CST

I'm finding my desire to deal with his stupid dwindling.

2/21/21 8:30:41 PM CST

Paul Murphy ⬛⬛⬛⬛⬛

Fail

2/21/21 8:31:57 PM CST

Yup. And I don't give a shit. Glad the sheep are all excited to sniff each other's balls. 😂

2/22/21 11:30:25 AM CST

Paul Murphy (+⬛⬛⬛⬛⬛

Your turn ... earn your Lampe Darwin Award

2/22/21 11:31:33 AM CST

Nope. Don't care anymore. Btw, when we quitting  Standards?

2/22/21 11:32:03 AM CST

Paul Murphy (+⬛⬛⬛⬛⬛

I only coming once a month now...

2/22/21 11:33:16 AM CST

True. But the stupid still remains. I'm hoping my 40 days off changes my attitude.

2/22/21 11:33:40 AM CST

Paul Murphy ⬛⬛⬛⬛⬛

It will ... when u moving in

2/22/21 11:34:22 AM CST

We close Friday. Move Saturday. Almost ready. 😫

2/22/21 11:35:53 AM CST

The sheer amount of crap I've gotten rid of is mind boggling. And I still have to much stuff.

Page 3 of 51

App. 48
SWAPA 4176

Messages - Paul Murphy (+⬛⬛⬛)                    +⬛⬛⬛⬛⬛⬛⬛

2/22/21 11:37:01 AM CST

Paul Murphy (+1⬛⬛)

Yup moving sucks ... came home yesterday .. fixed pool pump and installed new water heater .... ugh

2/22/21 11:37:54 AM CST

Always something. Lol. I'm hoping brand new house equals nothing to fix for awhile.

2/22/21 12:09:15 PM CST

Paul Murphy (+⬛⬛)

Wishful thinking

2/22/21 12:09:44 PM CST



2/22/21 12:10:23 PM CST

The Audacity of Hope. 🤢

2/22/21 12:10:47 PM CST

Paul Murphy ⬛⬛

U gonna be hanging pics for a month

2/22/21 12:11:17 PM CST

Truth!

2/22/21 8:05:34 PM CST

Paul Murphy ⬛⬛

So should I tell lampe to go with seat height adjustment so he looks brilliant ... or tell him 30 sec in FRM and he would know it's his track indicator ... or he could be a pilot and notice it while he is flying

2/22/21 8:05:57 PM CST

Ugh.

App. 49
SWAPA 4177


Messages - Paul Murphy (+███████)                           +█████████████████████

2/22/21 8:36:55 PM CST

Paul Murphy (+███████)
Better yet I could read the lift to find out how busy I'm gonna be ... on my one trip to Dallas next month

3/5/21 8:43:38 AM CST

Hey bro. How u doing?

3/5/21 8:44:04 AM CST

Paul Murphy (+███████)
Good ... u?

3/5/21 8:44:27 AM CST

Ok. Getting unpacked.

3/5/21 8:44:49 AM CST

Paul Murphy (+███████)
Great way to spend time off ...😂

3/5/21 8:45:48 AM CST

Ugh.

3/5/21 8:48:13 AM CST

Paul Murphy ███████
Larry finally got fed up

3/5/21 8:48:50 AM CST

Lots to fill you in on once I get thru today. I'll try and call you either later or in a few days. Gator not safe. For sure not for me.

3/5/21 8:49:40 AM CST

Paul Murphy ███████
Never has been ... Reed and others ....

3/5/21 8:50:11 AM CST

Yeah. But it's gone well beyond rational.

App. 50
SWAPA 4178

Messages - Paul Murphy (+ ███████ )                                    + ████████████

3/5/21 8:52:01 AM CST

Paul Murphy (+ ███████ )

Sorry .... don't let them get to u .... Karen's exist .. known fact ... we unfortunately have to deal with them

3/5/21 8:59:17 AM CST

Yup. And I never in my life thought I'd have to deal with what has transpired in the last week. Hopefully it'll be over today and I can fill you in.

3/5/21 9:02:08 AM CST

Paul Murphy (+1 ███████ )

Sorry bro ... standards used to have great guys .. now .. lemmings that are woke

3/5/21 7:04:48 PM CST

I left the Gator as well. Made Takahashi Admin. He said he'd do it.

3/5/21 7:06:11 PM CST

My response if anyone asks why I left will be, "it's none of your business."

3/5/21 8:53:25 PM CST

Paul Murphy (+ ███████ )

Dat smart

3/5/21 9:47:13 PM CST

Paul Murphy (+ ███████ )

Still torqued about our convo ... dude I feel for you .... rethinking my position within this group .... what to do where to go .... Feck

3/5/21 9:48:53 PM CST

Yeah. The last week for me has been hell. I want nothing more then to quit. But then they win. I'm actually, for once, unsure and a little lost.

3/5/21 9:49:35 PM CST

Paul Murphy (+ ███████ )

Matt and Brad noticed I dropped .. didn't say anything to Brad and told Matt he was right  years ago ... it's not a safe place to post freely and to express yourself .... I left it at that

App. 51
SWAPA 4179

Messages - Paul Murphy ████████                                              +████████████████

3/5/21 9:50:07 PM CST

Paul Murphy (+████████)

Matt warned me ..... hate telling the little guy he was correct

3/5/21 9:50:40 PM CST

Yeah. He absolutely was right.

3/5/21 9:51:34 PM CST

But what I posted? And an apology. Feck that. Good grief.

3/5/21 9:51:50 PM CST

It's  a witch hunt.

3/5/21 9:52:16 PM CST

Paul Murphy ████████

I'm just distancing myself from others ... gonna take the money for now .... do my sims obs and my office day will have me arriving at 10 and 2 tree for lunch buffet .... I'm tired of saving them

3/5/21 9:54:14 PM CST

I need Matt, Ivan and Thad to know. But I'm scared to even talk about it. I debated even calling you. Witch angers me more than words. They scare the shit outta you. Told me my job was in jeopardy.

3/5/21 9:54:40 PM CST

I'm completely defeated bro.

3/5/21 9:54:44 PM CST

Paul Murphy ████████

Hard to retaliate when you don't know who it was

3/5/21 10:01:48 PM CST

Paul Murphy ████████

I'm not telling ....but u can absolutely trust Thad .... I've never known him to break confidence .... ever..... I use your incident and I put it in my mind and I remember it when I know people are lying to my face ... trust no one in middle management here ... Rule #1

3/5/21 10:03:22 PM CST

Yeah. I'll let him know. Matt and Ivan as well. My inner circle, my bro's.

Page 7 of 51

App. 52

SWAPA 4180

Messages - Paul Murphy ▮▮▮▮▮                                        +▮▮▮▮▮▮▮▮

3/5/21 10:03:54 PM CST

I think I'll step down in a few months. Quit on my terms.

3/5/21 10:04:12 PM CST

Paul Murphy ▮▮▮▮▮
Standards or everything ?

3/5/21 10:06:10 PM CST

Not sure yet. I never wanted to be a check airmen but I took to it. I really enjoy making dudes better. But I can do that regardless.

3/5/21 10:08:09 PM CST

Paul Murphy (+▮▮▮▮▮
Stay a ckam ... easy money ... no headache just sims and out da door

3/5/21 10:08:55 PM CST

Paul Murphy (+▮▮▮▮▮
You should talk to each of them ... the more you talk the better you will feel .... betrayal sucks

3/5/21 10:13:14 PM CST

I will. The last week should have been exciting with the move. Instead it's been a freaking nightmare. Thanks bro.

3/5/21 10:13:47 PM CST

Paul Murphy (+1▮▮▮▮▮
Enjoy the house ... build a gun .. and have a beer....

3/5/21 10:14:08 PM CST



3/5/21 10:14:38 PM CST

Paul Murphy ▮▮▮▮▮



App. 53
SWAPA 4181

Messages - Paul Murphy ██████████                              +██████████████████████

3/6/21 2:58:42 PM CST

Paul Murphy (+██████████)

TGDO April 14th ... hmmmmm

3/6/21 3:00:56 PM CST

Is that SCA meeting?

3/6/21 3:01:07 PM CST

Paul Murphy ██████████

According to Heather

3/6/21 3:01:28 PM CST

Joy.

3/6/21 3:01:42 PM CST

Paul Murphy ██████████

U talk to the boys yet

3/6/21 3:02:22 PM CST

No. I will though.

3/6/21 3:02:34 PM CST

I may just post it on sages.

3/6/21 3:03:44 PM CST

Paul Murphy ██████████

Prolly faster more efficient and better ....I'd go that route ... best to warn your bros the danger we have within their group

3/6/21 3:04:04 PM CST



App. 54
SWAPA 4182

Messages - Paul Murphy ▌▌▌▌▌                                                    +▌▌▌▌▌▌▌▌▌▌▌▌

3/6/21 3:08:40 PM CST

Paul Murphy ▌▌▌▌▌

Don't feel like your the only target

From Matt

Well in the past they...
removed my computer from my office for "repairs"

Secretly record hours of phone conversations in meetings and casual
conversations

Secretly video tape me in sim and brief room

Use security tapes to log interactions with me and FAA

Copy and save voicemails then use out of context

told directly from leadership that they monitor and save everything I do
so be careful

And lastly told that I was no  longer in the inner circle

And only thing I told him was get his butt off gator ....

3/6/21 3:09:41 PM CST

Wow

3/6/21 3:09:58 PM CST

Paul Murphy ▌▌▌▌▌

Yup ....Herb be proud .....

3/6/21 8:42:13 PM CST

Paul Murphy ▌▌▌▌▌

Luv your basement ... I gotta get a mci overnight ....

3/6/21 8:42:41 PM CST

Yes!!

3/6/21 8:43:37 PM CST

Paul Murphy ▌▌▌▌▌

Relax bro ... your brothers luv ya .... something snakes never experience

**App. 55**
**SWAPA 4183**

Messages - Paul Murphy (▮▮▮▮▮▮▮▮)                              +▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3/6/21 8:44:10 PM CST

> I appreciate that. It's sucked.

3/6/21 8:45:26 PM CST

**Paul Murphy (+1▮▮▮▮▮▮▮▮)**
I can't imagine .... I don't think they will ever realize the damage they have done .....

3/6/21 8:46:11 PM CST

> They don't care. That's what bothers me most.

3/6/21 8:49:36 PM CST

**Paul Murphy (▮▮▮▮▮▮▮▮)**
They will care ..... their safety net is gone ... us .... they just so dense it won't hit them till it's too late .... you are one of the smartest and wittiest people in the office and you have pilot street smarts .... that's your magic .... street smart pilots that know their shit are hard to find especially within standards and the corp

3/6/21 8:53:35 PM CST

> Thanks bro. 👊

3/6/21 8:53:44 PM CST

**Paul Murphy (+▮▮▮▮▮▮▮▮)**



**App. 56**
**SWAPA 4184**


Messages - Paul Murphy ( ███████████ )                                    + ████████████████████████

3/10/21 5:00:24 PM CST

Paul Murphy ( ███████████ )



3/10/21 5:00:24 PM CST

Paul Murphy ( ███████████ )

Put this as Reed's screen saver ...Gator Killer ????

3/10/21 5:29:32 PM CST



3/10/21 9:36:27 PM CST

Paul Murphy ( ███████████ )

Heads up Thad and I are asking for 27-29th office days ... might be fun if u can make it

3/11/21 8:23:41 AM CST

I'll try.

3/14/21 7:49:05 PM CDT



Page 12 of 51

App. 57
SWAPA 4185

Messages - Paul Murphy ██████████                    +████████████████████████

3/14/21 7:49:55 PM CDT

> My trips for April are back on my board. Me thinks my rug dance with my Chief didn't satisfy some? 🤷

3/14/21 8:57:38 PM CDT

Paul Murphy ██████████

Hmmmm that's jacked .... I am heading there tomorrow... pray for me ... I may not be able to control my Irish bloodline

3/14/21 9:06:55 PM CDT

Paul Murphy ██████████

It wasn't that way a few hours ago ....

3/14/21 9:07:33 PM CDT

> I know. It changed in the last few hours. 🤦‍♂️😡

3/14/21 9:08:03 PM CDT

Paul Murphy ██████████

They pulled your whole month originally... was that what you wanted

3/14/21 9:08:05 PM CDT

> I don't know what to think.

3/14/21 9:08:17 PM CDT

> No. First 3 weeks.

3/14/21 9:09:04 PM CDT

Paul Murphy ██████████

Did you send a follow up email

3/14/21 9:10:05 PM CDT

> No. Just my original one 2 days ago.

3/14/21 9:10:32 PM CDT

Paul Murphy ██████████

U get any phone calls

App. 58
SWAPA 4186

Messages - Paul Murphy ▮▮▮▮▮▮▮▮                              +▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3/14/21 9:10:33 PM CDT

> I think he's gonna pull my Letter.

3/14/21 9:10:41 PM CDT

> Nope

3/14/21 9:10:49 PM CDT

Paul Murphy ▮▮▮▮▮▮▮
Why ????

3/14/21 9:11:06 PM CDT

Paul Murphy ▮▮▮▮▮▮▮
Even employee relations said no foul

3/14/21 9:11:52 PM CDT



3/14/21 9:11:59 PM CDT

> It's what they do.

3/14/21 9:15:23 PM CDT

> It doesn't appear the Puerto Rican comment is a problem. Yet I say one word, then apologize and I have to deal with this. It really makes me want to just say F it.

3/14/21 9:16:40 PM CDT

Paul Murphy ▮▮▮▮▮▮▮
I'm hoping it's just a screw up ... you are one of the few that know what's going on .....

3/14/21 9:17:31 PM CDT

> Quite the coincidence if it's just a screw up.

Page 14 of 51

App. 59
SWAPA 4187

Messages - Paul Murphy ▮▮▮▮▮▮                                        +▮▮▮▮▮▮▮▮▮▮▮▮

3/14/21 10:19:57 PM CDT

Paul Murphy (+1▮▮▮▮▮▮

I just finish talking to Matt .. he say he had his trips dropped and put back numerous times .... so ... don't lose any sleep yet ... Matt has office day tomorrow and I will be traveling in ... I will let you know what we find brother .... trust me when I say ... u have more for you then against you .... I've treasures our friendship ...,

3/14/21 10:20:43 PM CDT

Thanks brother. That means a lot and helps.

3/14/21 10:21:18 PM CDT

I'm tired of dealing with this. Lost a lot of sleep.

3/14/21 10:26:52 PM CDT

Paul Murphy (+1▮▮▮▮▮▮

Don't lose anymore sleep... your friends ... no your family ...care for you more than you know .... even Nancy knows your incredible qualities .... she was on the call and is pissed.... Tim the only thing I can say is your an incredible personality .. something not only the groups needs but I need... you are an important friend and brother to me  ... try to spend more time caring about what people you care for think about you then those that don't ... at the end of the day the respect and love of your friends and family will mean more to you than a Meehan or Reed...

3/14/21 10:27:27 PM CDT

Paul Murphy ▮▮▮▮▮▮

Your are a rich man .. rich in friends ... that trumps cash all day

3/14/21 10:34:54 PM CDT

Thanks.

3/14/21 10:35:34 PM CDT

Paul Murphy ▮▮▮▮▮▮

Luv ya bro ... your ... my friend had

3/14/21 10:35:58 PM CDT

Paul Murphy ▮▮▮▮▮▮

Damn ... no had

App. 60

SWAPA 4188

Messages - Paul Murphy ▮▮▮▮▮▮                                              +▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3/14/21 10:36:21 PM CDT

I gotcha.

3/14/21 10:46:23 PM CDT

I didn't know there was a call.

3/14/21 10:49:36 PM CDT

Paul Murphy ▮▮▮▮▮▮

I called Matt .... why ?? Because your our brother ... Nancy dropped by his room to get the car keys .... (he is n Dallas) .. he was on speaker ... she knew about what was going on and voiced the same sentiments I have told you ... so no it wasn't official phone call it just developed ...

3/14/21 10:50:21 PM CDT

Paul Murphy ▮▮▮▮▮▮

More people believe in you more than you think

3/14/21 10:51:32 PM CDT

Sorry. I understand. I thought there was a SCA call from Chris to determine my fate. Ugh. I'm losing my mind.

3/14/21 10:52:07 PM CDT

Paul Murphy ▮▮▮▮▮▮

Nope just friends if yours conversing about their concerns

3/14/21 10:52:11 PM CDT

Paul Murphy ▮▮▮▮▮▮

Of

3/14/21 10:53:20 PM CDT

It's weird. I want to quit. But I don't want to be fired. I want to walk away on my own terms. Not let Chris decree it. If he does pull my letter I'm thinking of going nuclear. Casey wants me to right now and I don't want to.

3/14/21 10:54:21 PM CDT

Chris lied to me about the covid thing. Said it was my Chiefs that wanted to pursue discipline.

Page 16 of 51

App. 61
SWAPA 4189

Messages - Paul Murphy ( ██████ )                    +██████████████████

3/14/21 10:56:56 PM CDT

> And I STILL haven't been able to apologize to Jennifer. Driving me nuts. If I could talk to her and tell her how sorry I am for the comment. Even though it wasn't directed at her, or anyone, I'd feel better.

3/14/21 10:59:03 PM CDT

> Sorry I'm unloading on you Murph. I'll stop. I just haven't been able to talk about it. It's absurd. ONE WORD and a apology. Good grief.

3/14/21 11:00:00 PM CDT

Paul Murphy ( ██████ )

You can call her ... I doubt it was her ... but .. a call could be good for both of you

3/14/21 11:00:34 PM CDT

> I have been told in direct words. To not talk to her.

3/14/21 11:00:49 PM CDT

Paul Murphy (+ ██████ )

From who

3/14/21 11:01:21 PM CDT

> ER chick. Fig and Nick, my Chief.

3/14/21 11:02:35 PM CDT

Paul Murphy ( ██████ )

Hmmmm that doesn't make sense

3/14/21 11:03:35 PM CDT

> No. It doesn't. I'm planning on calling Fig tomorrow to request it.

3/14/21 11:04:19 PM CDT

Paul Murphy (+ ██████ )

I can't believe jennifer ... if it was her ... wouldn't accept an apology

3/14/21 11:04:52 PM CDT

> Agree.

App. 62

SWAPA 4190

3/14/21 11:04:53 PM CDT

Paul Murphy ▇▇▇▇▇▇

She's never been a legalist...

3/14/21 11:05:46 PM CDT

Paul Murphy ▇▇▇▇▇▇

Hell she could have gone to ER over Don and Meehan screwing her and she didn't

3/14/21 11:07:17 PM CDT

I know. I don't care who did. I just want to make it right. And I can't because of all the fear mongering I'm getting. I don't want to lose my job trying to do the right thing. It's absurd.

3/14/21 11:10:49 PM CDT

And as I'm thinking of all this I can't help but think it was ONE WORD, not even slang, and an apology. Good grief.

3/14/21 11:13:33 PM CDT

Paul Murphy (+▇▇▇▇▇▇

You will make it right ...I know U will ... relax ... it will happen.... Tim your a good guy everyone knows it ...

3/14/21 11:20:22 PM CDT

Paul Murphy (+▇▇▇▇▇▇

Let this play out before jumping ... slow roll this .. Matt's in the office tomorrow and I get there tomorrow and have an office day on Tuesday ... let us work on it a little

3/14/21 11:28:28 PM CDT

Paul Murphy ▇▇▇▇▇▇

I wish I could communicate what you need to hear right now, not necessarily my strength.... but the ones you care about .. the ones that mean something to you .. know you did nothing wrong .... this is political BS .... it's not about you .... as tough as you want to appear you have a sensitive side .... it's getting attacked right now... I understand it ... stand strong ... hug your wife .. and realize your friends will never abandon you over this witch hunt ....

App. 63
SWAPA 4191

Messages - Paul Murphy (+███████)                                    +████████████████████

3/14/21 11:35:24 PM CDT

Thank you Murph. Truly. I'm gonna try to relax with Becky. I appreciate all of you.

3/14/21 11:36:11 PM CDT

Paul Murphy (+███████)

Good ... you gotta great life ... appreciate it

3/15/21 5:47:42 PM CDT

Paul Murphy (+███████)

How u buddy

3/15/21 5:48:19 PM CDT

Ok. Just unpacking and trying not to think of shit.

3/15/21 5:48:28 PM CDT

Paul Murphy ███████



3/15/21 5:49:26 PM CDT

Paul Murphy ███████

I've been in sim ... matty had office ... JR ... here... ugh

3/15/21 5:50:20 PM CDT

Joy.

3/15/21 5:50:57 PM CDT

Paul Murphy ███████

Pray for me ... Texas still has Capital Punishment for murder

3/15/21 5:51:20 PM CDT



App. 64

SWAPA 4192

Messages - Paul Murphy ▮▮▮▮▮▮                                        +▮▮▮▮▮▮▮▮▮▮▮▮▮

3/15/21 5:51:52 PM CDT

Paul Murphy ▮▮▮▮▮▮

Seriously ... should I take the chair or injection if given the choice

3/15/21 5:53:32 PM CDT

I'd get a good lawyer and prove provocation. Then free and clear as you acted in self defense. 😎

3/15/21 5:54:05 PM CDT

Paul Murphy ▮▮▮▮▮▮

Is it self defense when you shoot the village idiot ???

3/15/21 5:55:00 PM CDT

Definitely!!

3/15/21 5:56:15 PM CDT

Paul Murphy ▮▮▮▮▮▮

Well I guess stupid is as contagious as covid ... defendable

3/15/21 5:56:43 PM CDT

Ha! What sim u watching? LOE?

3/15/21 5:57:09 PM CDT

Paul Murphy ▮▮▮▮▮▮

Yup ..... climbing out of FLL

3/15/21 5:57:32 PM CDT

Sweet. Done early. Hopefully.

3/15/21 5:57:51 PM CDT

Paul Murphy ▮▮▮▮▮▮

DOUBTFUL

3/15/21 5:58:21 PM CDT

Wishful thinking.

3/16/21 9:30:02 AM CDT

Find anything out?

Page 20 of 51

App. 65
SWAPA 4193

Messages - Paul Murphy ▇▇▇▇▇▇                                    +▇▇▇▇▇▇▇▇▇▇▇▇▇

3/16/21 9:31:30 AM CDT

Paul Murphy ▇▇▇▇▇▇
Nothing yet ....

3/16/21 9:32:37 AM CDT

I'm talking to Casey in a few. I'm not going to be ambushed next week.

3/16/21 9:49:47 AM CDT

Paul Murphy ▇▇▇▇▇▇
I will be in the office after drift ....

3/16/21 9:50:41 AM CDT

Ok.

3/16/21 9:52:43 AM CDT

Paul Murphy ▇▇▇▇▇▇
I talked to mark ... he had a letter of counseling from his chief also

3/16/21 9:53:17 AM CDT

Paul Murphy ▇▇▇▇▇▇
Haven't spoke with Deamer about it ... but he got called by labor also

3/16/21 9:53:49 AM CDT

Paul Murphy ▇▇▇▇▇▇
Reed showed up at the bar late last night ... conversation ended immediately

3/16/21 9:53:53 AM CDT

Ok. But none of them have their trips back on their boards.

3/16/21 9:54:11 AM CDT

Paul Murphy ▇▇▇▇▇▇
I realize that .. I was just updating you

3/16/21 9:54:51 AM CDT

Thank you.

Page 21 of 51

App. 66
SWAPA 4194

Messages - Paul Murphy ▊▊▊▊▊                                    +▊▊▊▊▊▊▊▊▊

3/16/21 9:55:11 AM CDT

Paul Murphy ▊▊▊▊▊
I Still digging

3/16/21 9:55:56 AM CDT

👍🏻

3/16/21 11:06:48 AM CDT

What runways can we shut off EGPWS? 😳

3/16/21 11:35:24 AM CDT

Is the Standards call done yet?

3/16/21 11:35:48 AM CDT

Something came up so I had to hang up.

3/16/21 2:22:18 PM CDT

How's it going?

3/16/21 6:36:29 PM CDT

Paul Murphy ▊▊▊▊▊
Workin it ....

3/16/21 6:38:26 PM CDT

Ok.

3/16/21 6:45:48 PM CDT

Paul Murphy ▊▊▊▊▊
Talked to Meehan ... and Reed ... prolly gonna engage Lee .....

3/16/21 6:46:11 PM CDT

Ok.

3/16/21 9:25:08 PM CDT

Paul Murphy ▊▊▊▊▊
U up

Page 22 of 51

App. 67
SWAPA 4195

Messages - Paul Murphy ▮▮▮▮▮▮▮▮                                              +▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3/16/21 9:25:19 PM CDT

Yep.

3/16/21 9:25:23 PM CDT

Paul Murphy ▮▮▮▮▮▮▮▮

Call me

3/16/21 9:25:36 PM CDT

Ok. Give me a minute.

3/17/21 12:04:36 PM CDT

Paul Murphy (+▮▮▮▮▮▮▮▮

Slow roll union email ..... stby

3/17/21 12:09:31 PM CDT

Ok. All I've done is text Chris asking for a date, time and place for a meeting.

3/17/21 3:47:17 PM CDT

Chris just texted back. Meeting next Thursday at 9 AM.

3/17/21 3:50:07 PM CDT

Paul Murphy ▮▮▮▮▮▮▮▮

I'm hoping they are taking the option I gave them ... I did my best ...

3/17/21 3:51:30 PM CDT

Understood. I can't risk going solo and He gave me no indication of the agenda. So I'll have Casey with me.

3/17/21 3:55:12 PM CDT

Paul Murphy ▮▮▮▮▮▮▮▮

Well they haven't cancelled your events after the meeting .... so .... Casey may or may not make your case ..... I sold it as your miserable and feel remorse for hurting someone or some people ... all you would like to do is make amends and move on ... rebuild the group and make our pilots better

3/17/21 3:55:22 PM CDT

He has the 3 kings plus Meron on invite.

App. 68
SWAPA 4196

Messages - Paul Murphy (+1 ███████)                                    +███████████████████

3/17/21 3:56:25 PM CDT

> The sticky part still remains. Nothing on my board for April. Being treated differently then Mark and Rick.

3/17/21 3:57:43 PM CDT

**Paul Murphy (+1 ███████)**

Unfortunately you can't go in with a position of power ... remorse and a contrite heart go a long way .... power play only going to be useful after the fact

3/17/21 3:59:03 PM CDT

> I'm not going in from a position of power. But I'm not going in like an idiot.

3/17/21 3:59:41 PM CDT

> I need a witness. I'd be stupid to not have one.

3/17/21 4:01:02 PM CDT

**Paul Murphy (+1 ███████)**

Treatment of the others not going to produce a positive outcome .... they will position themselves as continued consultations with u .. instructors ... covid ... and now this ... as to why u are different ....  I can't give you advice as to have him or not .... but if you puff up and attack I guarantee the outcome

3/17/21 4:04:42 PM CDT

> I'm not going to attack. My internet has never been to be vengeful. I have admitted fault. But I also have seen how these things go. I need a witness. If not SWAPA then who?

3/17/21 4:05:27 PM CDT

> I just asked Chris the objective of the meeting. And wether it was going to be punitive.

3/17/21 4:08:44 PM CDT

**Paul Murphy (███████)**

Don't hold your breath on a reply .... I truly don't think he knows as of yet ... I gave them a win option for you and Deamer and nips ... a win for those offended... a win for standards ... and a win for leadership ... and a win for SWA... that was this morning ... I'm sure I gave Lee food to chew on .... he .. I believe ... is ultimately the decision maker after conversing with the two



App. 69
SWAPA 4197

Messages - Paul Murphy ▮▮▮▮▮                                    +▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3/17/21 4:12:51 PM CDT

> Not knowing is an issue. I have to protect myself. I've had great communication and conversations with my Chief and Fig. Nothing from Standards. Every bit of communication has been started by me. There is something fundamentally wrong with that and I'd be an idiot to not have a representation or a witness. I'm all ears as to an idea other than SWAPA.

3/17/21 4:19:13 PM CDT

Paul Murphy ▮▮▮▮▮

I understand your position ... unfortunately there isn't any moral high ground you can take and skate on this .... this is above and beyond flight ops ... even chiefs will tell you ... getting sideways with these people (ER) is hazardous to your career .... nothing scares leadership in this building more than that ... if handled incorrectly or confidentiality is lost they are very much in jeopardy..... unfortunately it's not about you anymore .... it's protecting the offended .... I gave them a solution that allows that without losing you ....

3/17/21 4:20:58 PM CDT

> Ugh. Your missing my point.

3/17/21 4:27:37 PM CDT

Paul Murphy ▮▮▮▮▮

No ... I'm not missing your point ... you need perspective of what is happening that's all ... sometimes silence isn't a verdict ... sometimes hands are tied ... sometimes in the heat of it all ... anger/fear/ whatever .. takeover and drive your desire to fight and make it about self preservation ... sometimes a friend is just pointing out facts that can help ... best way to kill this if the opportunity presents itself is extreme apologies ... self reflection and reconciliation..... I don't get the feeling they want this anymore than u ... Casey there may or may not help ... I can't read that ... and like I said I can't advise you on that ...

3/17/21 4:32:20 PM CDT

Paul Murphy ▮▮▮▮▮

I don't have history with them in conflict resolution like you so I may be naive...

3/17/21 4:51:04 PM CDT

> I understand. Chris just responded. He said not discipline but to figure out a path forward. That was a great answer. I do think I need a witness. Ideas? Ivan?

App. 70
SWAPA 4198

Messages - Paul Murphy ( ███████████ )                                    + ███████████████████████

3/17/21 5:18:57 PM CDT

Paul Murphy ( ███████████ )

Honestly I don't know the answer to that .... SWAPA Ivan whoever???? I get it ... it's important... maybe consider...

Chris thanks for your response but Honestly I'm torn .... I see my schedule being removed and the perception is I'm being fired ... that scares me ... more than I can write ....this fear makes decisions difficult .. I want to meet and discuss but I honestly feel I'm being fired .. I want someone there to champion my view but ... above all else.... I don't want this to be viewed by you as an aggressive stance.  I just want a path to resolve this ... I want a chance to apologize for hurting my friends and re-establish those friendships which I have impacted.... have an opportunity to rebuild standards in the eyes of my fellow SCA's as well as our reputation within SWA...having someone there would allow me a little stress relief ... I am lost as what to do because I have never been in this position ....

Maybe a text along those lines will help
Sorry I really don't know the path to take on this

3/17/21 6:01:13 PM CDT

That's great Murph. I will use that. Thank you.

3/17/21 10:54:40 PM CDT

No response from Chris yet on my concern.

3/17/21 10:55:50 PM CDT

Paul Murphy (+ ███████████ )

Hmmm doesn't shock me .... he's probably waiting to talk to Lee

3/17/21 10:56:09 PM CDT

Yeah.

3/17/21 10:56:28 PM CDT

Paul Murphy (+ ███████████ )

I may see him in the morning before my sim ....

3/17/21 10:56:37 PM CDT

Paul Murphy ( ███████████ )

I'm going home tomorrow

App. 71
SWAPA 4199


Messages - Paul Murphy (███████████)                              +██████████████████████████

3/17/21 10:56:58 PM CDT

> Ok. Sounds good. Meeting is a week from tomorrow.

3/17/21 10:57:27 PM CDT

> This is what I sent him.
>
> "Chris thanks for your response. Honestly though I'm struggling. I see my schedule being removed and the perception is I'm being fired and that concerns me. This concern is making my decision on having representation in the meeting difficult. I want to meet and discuss but I honestly feel I'm being fired. I want someone there to champion my view but above all else I don't want this to be viewed by you as an aggressive stance. I just want a path to resolve all of this. I want a chance to apologize for hurting my friends and re-establish those friendships which I have impacted. I would like to have an opportunity to rebuild standards in the eyes of my fellow SCA's as well as our reputation within SWA. My desire is to not turn this into a spectacle. Having someone there would allow me a little stress relief unless you can calm my fears. I am lost as what to do because I have never been in this position and from the beginning have wanted nothing more than to humbly apologize and move forward a better person."

3/17/21 11:01:22 PM CDT

**Paul Murphy (+███████████)**

That's good ... and that's the Timmy I've been selling them this week .... a good guy ... a big heart .... loves his people and devastated that this has impacted his brothers and sisters .... and tarnished standards in the eyes of leadership .... he has a heart of contrition ... wants to apologize and reestablish the friendships he has impacted ..... above everything he wants to heal those he hurt ....

3/17/21 11:02:52 PM CDT

**Paul Murphy (+███████████)**

Been spending the last 6 weeks in isolation hell being separated and unable to make right what was wrong .... whether true or perceived

3/17/21 11:03:06 PM CDT

> All true. 👍

3/17/21 11:05:43 PM CDT

**Paul Murphy (███████████)**

Good because that's the only path back .... if there is one ....

App. 72
SWAPA 4200

Messages - Paul Murphy ⬛⬛⬛⬛⬛                                    +⬛⬛⬛⬛⬛⬛⬛⬛⬛

3/18/21 5:00:27 PM CDT

Paul Murphy ⬛⬛⬛⬛⬛
U good today ??

3/18/21 5:01:24 PM CDT

Good enough. We can talk briefly if you'd like.

3/18/21 6:32:25 PM CDT

Wow. I just reread the whole Signal Gator. I have no doubts now. 😢

3/18/21 6:33:35 PM CDT

Paul Murphy ⬛⬛⬛⬛⬛
Why

3/18/21 6:34:40 PM CDT

Reread with a fresh mindset and you'll see exactly what I did.

3/18/21 6:40:03 PM CDT

Paul Murphy ⬛⬛⬛⬛⬛
I did .... still missed it

3/18/21 6:40:37 PM CDT

We can talk sometime.

3/18/21 6:46:36 PM CDT

Paul Murphy ⬛⬛⬛⬛⬛
Read it again ... I'm an idiot

3/18/21 6:47:19 PM CDT

No. Think about intent.

3/18/21 6:48:02 PM CDT

Paul Murphy ⬛⬛⬛⬛⬛
U still have access to what's app

3/18/21 6:53:05 PM CDT

No. I deleted it all when I shut down that Gator.

Page 28 of 51

App. 73


Messages - Paul Murphy (+██████████)                                     +████████████████████████████

3/19/21 7:55:23 PM CDT

Paul Murphy ██████████
How u buddy .... still thinking of ya

Text message
3/20/21 9:38:00 AM CDT

Thanks.

iMessage
3/24/21 10:39:18 AM CDT

LUV Wagon is down for MX so I'm using da Cop Car. Is it at 2tree and spare key in his cup?

3/24/21 10:40:50 AM CDT

Paul Murphy ██████████
Key in his cup .... key fob does NOT unlock car .... use key ... it's parked at TC ... 3rd floor .... south side .... 50yds from elevator

3/24/21 10:41:02 AM CDT

Paul Murphy ██████████
What broke

3/24/21 10:42:34 AM CDT

Thanks. Battery lead. And it's a Toyota part. Mike gonna need to get it to Love Field Auto. I may be selling my share anyway.

3/24/21 10:43:08 AM CDT

Paul Murphy (+██████████
Casey showing up tomorrow??

3/24/21 10:44:46 AM CDT

Yeah. Him, Bowen and the new CKAM Committee Chair. We meeting tonight to discuss.

3/24/21 10:45:05 AM CDT

Paul Murphy (+██████████
Who is the chair ??

3/24/21 10:45:31 AM CDT

You'll be happy when it's announced.

App. 74
SWAPA 4202

Messages - Paul Murphy (+ ███████)                                    +████████████████████████

3/24/21 10:45:39 AM CDT

Jay B

3/24/21 10:45:55 AM CDT

Paul Murphy (+1 ██████)
Yup he good guy

3/24/21 10:46:15 AM CDT

Paul Murphy (+ ██████)
Plus he does management 101 ... and see games played

3/24/21 10:46:25 AM CDT

Paul Murphy (+ ██████)
Speak not does

3/24/21 2:22:13 PM CDT

To confirm. Cop car on 3rd floor south side along wall that looks toward WINGS? Not on inside row? Just wanna find it quick.

3/24/21 2:50:55 PM CDT

Paul Murphy (██████)
Yup south side ... row closest to TC ...

3/24/21 2:52:33 PM CDT

👍🏻

3/24/21 2:52:53 PM CDT

Thanks bro.

3/24/21 2:52:57 PM CDT

Paul Murphy (+ ██████)
Yup

3/24/21 8:47:50 PM CDT

Paul Murphy (+ ██████)
Good luck bro ..... I'll be thinking of u tomorrow

Page 30 of 51

App. 75
SWAPA 4203

Messages - Paul Murphy (+████████)                              +████████████████████████

3/24/21 8:48:16 PM CDT

> Thanks.

3/25/21 2:27:12 PM CDT

**Paul Murphy** ████████

Sad .... just ridiculously sad ... you don't deserve that or any of this buddy ....ugh

3/25/21 2:29:50 PM CDT

> Yeah. I'm numb right now. I keep going over it. Trying to make it make sense. But it doesn't. I was sniped. Plain and simple.

3/25/21 2:30:26 PM CDT

**Paul Murphy** ████████

Sniped ??? Full auto assault more like it

3/25/21 2:30:55 PM CDT

> True.

3/25/21 2:37:41 PM CDT

**Paul Murphy** ████████

When u going home

3/25/21 2:38:32 PM CDT

> I'm on the jet heading there now. Cleaned out my desk real fast and left. I saw this coming weeks ago. But still tried everything I could to make things right.

3/25/21 2:41:39 PM CDT

**Paul Murphy** ████████

You are right !!! Well they got their trophy ..... Feck .... I gave them an option that would have had a positive for everyone.... they didn't even listen

3/25/21 2:43:55 PM CDT

> Nope. It was already decided well before last week.

3/25/21 2:44:52 PM CDT

> They let me sit on it. For weeks. I would never do that to a person. NEVER.

App. 76

SWAPA 4204

Messages - Paul Murphy (+███████)                              +███████████████████

3/25/21 2:46:17 PM CDT

Paul Murphy (+███████)

That's what I told them ... I said save him or fire him .... seriously when u where a kid did you enjoy pulling wings off flys and torturing small animals ... no reply

3/25/21 2:47:46 PM CDT

Paul Murphy (+1███████)

A pilot came up to me March 1 in phx and said standards ckam where being pulled into ER and the whole group was going to have a meeting .... I laughed said no ... then this and the meeting ... seems our line guys know more

3/25/21 2:48:32 PM CDT

I pointedly asked Chris was there any question of my integrity and professionalism in doing my duties as a Ckam. He said absolutely not. When asked if it was because of one word typed on the Gator he said yes. 😢

3/25/21 2:54:26 PM CDT

Paul Murphy (███████)

Unbelievable... I bet Casey about fell out of his chair

3/25/21 7:26:17 PM CDT

Paul Murphy (+███████)

U alive

3/25/21 7:26:43 PM CDT

Yeah. Been on the phone for hours. Gonna call you soon.

3/25/21 7:29:15 PM CDT

Paul Murphy (+███████)

Sorry to bother ya buddy

3/25/21 7:29:28 PM CDT

U aren't.

3/26/21 5:02:42 PM CDT

Paul Murphy (███████)

U ok buddy??

Page 32 of 51

App. 77

SWAPA 4205

Messages - Paul Murphy ( ███████████ )                                    + ███████████████████████

3/26/21 5:03:16 PM CDT

> Sure. Hanging in.

3/26/21 5:04:13 PM CDT

Paul Murphy ( ███████████ )

Figured id get that answer no matter what ....

3/26/21 5:05:18 PM CDT

> I finally slept good. However, as I've been thinking, I cannot accept that this has happened. And for Chris to say it was over one word on the chat. With EVERYTHING else said just that night, let alone throughout its existence. It is angering me more and more. For Pete's sake. Have the balls to just tell me the truth. Fire me because I don't toe the line, fire me because you don't like me. Whatever. Just be man enough to tell me.

3/26/21 5:05:34 PM CDT

> Everything about this is manufactured.

3/26/21 5:06:20 PM CDT

Paul Murphy ( ███████████ )

I fully agree ...., it was a hit job from the beginning

3/26/21 5:07:24 PM CDT

Paul Murphy (+ ███████████ )

If it wasn't why not remediate ??? Why not let you be line check airmen .... ??? Too many BS moments not to see this stinks

3/26/21 5:09:29 PM CDT

> Yup. I'm beyond angry at this point. I've got to figure out how to accept it. Not sure how. I want to do physical harm. I hate feeling this way, truly. But my switch has been flipped.

3/26/21 5:10:27 PM CDT

Paul Murphy ( ███████████ )

Any update from Casey??

3/26/21 5:10:52 PM CDT

> No. Got this from Jay.

App. 78
SWAPA 4206

Messages - Paul Murphy ███████████                                                    +███████████████████

3/26/21 5:11:19 PM CDT

> Tim,
> Jay Bellar here. I want to start by saying thank you. Thank you for your years of service and dedication as a CKAM. You made a difference to me, the other CKAM, the ones you taught, mentored and cared for. You made a difference to the line pilots both those that know you and those that do not. Your contributions will last long after you and I fly our last leg. You should be proud of your accomplishments and I hope you can reflect on a job well done.  As you know SWAPA hasn't played their final card yet and we are hopeful of achieving a more deserving outcome. In the meantime if you have any questions, concerns or just want to talk please feel free to contact me at anytime.  Thanks again Tim, job well done.

3/26/21 5:15:00 PM CDT

Paul Murphy ███████████

Good I hope SWAPA rolls in ..... and I wish you would consider the committee ..... Ivan wants me to stay if for no other reason to maximize these idiots discomfort .... I'm still on the fence because you and I are similar ... except you would punch them in the face ... I would be sneakier and kick them in the nuts ... then when they double over I kick them in the chin .... less effort... they need to realize this precedent will bite them ... hope they good at tight rope walking

3/26/21 5:17:23 PM CDT

> Yeah. Truthfully, staying will do nothing. Leaving will do nothing. I also just realized I'm taking a 38,500 a year pay cut. Holy shit.

3/26/21 5:17:54 PM CDT

> Just in over ride.

3/26/21 5:18:54 PM CDT

Paul Murphy ███████████

For being found .... innocent

3/26/21 5:19:49 PM CDT

Paul Murphy (+1 ███████████

SWAPA pays pretty good ... plus it would give me somewhere else to drink with my buddy

3/26/21 5:20:34 PM CDT

> True. We shall see.

App. 79
SWAPA 4207

Messages - Paul Murphy ( ███████ )                                    +███████████████

3/26/21 5:23:19 PM CDT

Tell every Check Airman that you talk to email/call SWAPA with their support on fighting this on my behalf. 🙇

3/26/21 5:29:09 PM CDT

Grass roots stuff. This is suggestion from Casey. But it can't be me asking people. Gotta come from the group.

3/26/21 5:30:27 PM CDT

Paul Murphy ( ███ )

Ok

3/29/21 7:54:53 PM CDT

Paul Murphy ( ███ )

What ckam get fired for etops check because of sitting in back with girlfriend ??

3/29/21 7:55:24 PM CDT

Tyrone Ward

3/29/21 7:55:53 PM CDT

Paul Murphy ( ███ )

That's it ... thanks ... u got same flu I got ???

3/29/21 7:56:17 PM CDT

Yup.

3/29/21 7:57:47 PM CDT

Paul Murphy (+ ███ )

Mine was weird ... shortly after I call out I start feeling much better

3/29/21 7:58:44 PM CDT

Really? Wow!! Me too!! Such a coincidence. 😳

3/29/21 7:59:31 PM CDT

Paul Murphy ( ███ )

Although I been waking up with a headache..... momma say it da bottle ... I no believe her .

App. 80
SWAPA 4208

Messages - Paul Murphy (███████████)                                    +█████████████████████████

3/29/21 7:59:48 PM CDT



3/29/21 8:00:12 PM CDT

I don't argue with momma. She's always right.

3/29/21 8:00:37 PM CDT

Paul Murphy (███████████)
I tell her I need to test out her theory every night ...

3/29/21 8:04:54 PM CDT

Yeah. I do same. Then momma gets mad. 🤦

3/29/21 8:05:24 PM CDT

Paul Murphy (+1██████████)
Women ...... ugh

3/29/21 8:05:45 PM CDT

Truth.

3/29/21 8:06:05 PM CDT

But damn. I love momma. 😎

3/29/21 8:06:16 PM CDT

Paul Murphy (+██████████)
Dat a good thing ....

3/29/21 8:06:25 PM CDT

Yes sir.

4/5/21 10:14:28 PM CDT

Paul Murphy (███████████)
Late ??? WTFO ... and your going home shesssh

App. 81
SWAPA 4209

Messages - Paul Murphy (███████████)                              +████████████████████████

4/5/21 11:32:29 PM CDT

Paul Murphy (████████████)
Dang ... about time

4/5/21 11:36:36 PM CDT

Yeah. I did a gate return to get a commuter home from MDW. 🤷‍♂️

4/5/21 11:37:17 PM CDT

Paul Murphy (████████████)
Ha ... still doing pilot shit ... nice

4/5/21 11:37:25 PM CDT

Yup

4/5/21 11:38:08 PM CDT

Paul Murphy (████████████)
Glad u passed your check ride .... ygtbsm

4/5/21 11:38:40 PM CDT



4/6/21 7:27:06 PM CDT

Paul Murphy (+████████████)
You leave late again

Text message
4/6/21 8:12:52 PM CDT

They don't know how to turn full herd anymore. 🤦‍♂️

iMessage
4/13/21 4:42:10 PM CDT

Paul Murphy (████████████)
https://vm.tiktok.com/ZMeuYuvxo/

Page 37 of 51

App. 82

SWAPA 4210

Messages - Paul Murphy ( ) ▮▮▮▮▮▮▮▮   + ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4/13/21 4:43:02 PM CDT



4/13/21 4:43:16 PM CDT

Thanks for making me laugh.

4/13/21 4:43:37 PM CDT

Paul Murphy (+▮▮▮▮▮▮▮)

Anytime ... no go add more fuel for Jay

4/13/21 4:43:40 PM CDT

Paul Murphy (▮▮▮▮▮▮▮)

Now

4/13/21 4:44:02 PM CDT

Already done.

4/13/21 5:33:54 PM CDT

Paul Murphy (▮▮▮▮▮▮▮)

https://vm.tiktok.com/ZMeujY6hk/

4/13/21 5:34:55 PM CDT

Omg. I can't unsee that.

App. 83
SWAPA 4211


Messages - Paul Murphy (+ ▮▮▮▮▮▮▮▮▮                                    +▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4/14/21 2:30:00 PM CDT

Paul Murphy (▮▮▮▮▮▮▮▮



4/14/21 3:59:36 PM CDT



4/18/21 8:55:02 PM CDT

> Jay Bellar called me just before my commute flight left yesterday. He had talked to Chris again a few days ago. Appealing to him to reinstate my ckam letter. Told him about all the support he's gotten from ckam and pilots. Chris called him back Friday night and said no. 🤷‍♂️
>
> I'm pretty sure management doesn't like me. 🥺

4/18/21 8:56:12 PM CDT

Paul Murphy (+▮▮▮▮▮▮▮▮

That is sad you were an amazing ckam .... truly unbelievable

4/18/21 8:58:32 PM CDT

Paul Murphy (+1▮▮▮▮▮▮▮

I gave it another shot last Wednesday at the standards meeting ... either BW or Lee made the call .... that's my take

App. 84
SWAPA 4212

Messages - Paul Murphy ▮▮▮▮▮▮▮▮▮                                        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4/18/21 8:59:14 PM CDT

Paul Murphy ▮▮▮▮▮▮▮▮

If I was betting ... after BW talked it was him

4/18/21 8:59:56 PM CDT

Probably.

4/18/21 9:07:47 PM CDT

I guess I should be honored I got Kent Roper'd or Pat Filburn'd. But I'm not. I'm sad, hurt and angry.

4/18/21 9:09:29 PM CDT

Paul Murphy ▮▮▮▮▮▮▮▮

Reed took you out ... made it worse than it was and elevated it..... total hit job

4/18/21 9:10:14 PM CDT

Paul Murphy ▮▮▮▮▮▮▮▮

Reed raised a toast to you in the bar on Monday .... everyone looked at him and out our glasses down

4/18/21 9:10:24 PM CDT

Paul Murphy ▮▮▮▮▮▮▮▮

Put

4/18/21 9:11:03 PM CDT

Paul Murphy ▮▮▮▮▮▮▮▮

He knows he screwed the pooch and is working double time to recover .... ain't gonna happen

4/18/21 9:12:20 PM CDT

I don't understand the mentality. I don't understand the motivation. Just ask me step down as an SCA.

4/18/21 9:12:57 PM CDT

Paul Murphy ▮▮▮▮▮▮▮▮

That's what everyone is saying .... just culture doesn't exist in hq

App. 85
SWAPA 4213

Messages - Paul Murphy ████████████                                    +████████████████████████

4/18/21 9:17:12 PM CDT

> It boggles my mind that 2 others were investigated yet are still SCA/CKAM. Whatever. I'm trying really hard to move on. And failing.

4/18/21 9:17:59 PM CDT

Paul Murphy ████████████
Injustice will take time .... you enjoying the new house

4/18/21 9:19:02 PM CDT

> Trying to.

4/18/21 9:19:49 PM CDT

Paul Murphy ████████████
Love your gun room

4/18/21 9:20:25 PM CDT

> Thanks.

4/18/21 9:21:01 PM CDT

Paul Murphy ████████████
Bright side ... you can try the whiskey bar in SLC in a few days

4/18/21 9:21:22 PM CDT

> Yeah. Already thought of that.

4/18/21 9:21:39 PM CDT

Paul Murphy ████████████
U n MDW tonight

4/18/21 9:23:35 PM CDT

> Yes. PHX was stupid today. Winds were nuts and they wouldn't turn airport around. Got to the FAF and finally got winds within tailwind limit. Otherwise we were gonna go missed and divert to TUS.

4/18/21 9:24:16 PM CDT

Paul Murphy ████████████
Yup it was gusty here today ... I go ECP tomorrow night

App. 86<br/>SWAPA 4214


Messages - Paul Murphy ███████████                                          +████████████████████

4/18/21 9:24:39 PM CDT

Sweet. I'm in CLE.

4/18/21 9:25:59 PM CDT

Paul Murphy ███████████
Power bidding again??

4/18/21 9:27:02 PM CDT

I wasn't planning on flying the trip tomorrow. Was supposed to be in Dallas. If they woulda planned us with less than 6.0 arrival fuel we'd not even tried. I'd diverted. Good luck fighting all the stupid from the good idea faries.

4/18/21 9:27:32 PM CDT

Doing Line Ops stuff.

4/18/21 9:27:45 PM CDT

Was the plan. But not now.

4/18/21 9:29:08 PM CDT

Good talking with ya bro. I gotta call momma.

4/18/21 9:29:34 PM CDT

Paul Murphy ███████████
Union job still available??? Might be good for your schedule and more importantly good for our ckam and pilots ... u see bullshit 20/20 ... think about it ... give her a kiss

4/22/21 9:54:09 AM CDT

Paul Murphy ███████████
https://vm.tiktok.com/ZMexfMgKK/

4/22/21 10:23:00 PM CDT

Paul Murphy ███████████
https://vm.tiktok.com/ZMexbRfVM/

4/23/21 1:18:36 PM CDT

Paul Murphy ███████████
https://vm.tiktok.com/ZMexv6TFK/

Page 42 of 51

App. 87
SWAPA 4215

Messages - Paul Murphy (+ ▮▮▮▮)                              + ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4/23/21 1:19:35 PM CDT



4/28/21 2:02:46 PM CDT

Paul Murphy (+1 ▮▮▮▮)
U feeling ok ???

4/28/21 2:03:03 PM CDT

No

4/28/21 2:03:15 PM CDT

Paul Murphy (+ ▮▮▮▮)
U got da Rona

4/28/21 2:05:18 PM CDT

No. I got the fthisplaceitis.

4/28/21 2:06:20 PM CDT

Paul Murphy ▮▮▮▮
Not that .... doubt that's curable .... a good trailer pull and time on da lake may help

4/28/21 2:07:00 PM CDT

True.

4/28/21 2:07:52 PM CDT

Paul Murphy ▮▮▮▮
I need time away .... heading home with Thad now ...

4/28/21 2:08:32 PM CDT

Enjoy and tell Thad hello!

4/28/21 2:09:37 PM CDT

Paul Murphy ▮▮▮▮
I will ....

Page 43 of 51

App. 88

SWAPA 4216

Messages - Paul Murphy (+███████████)                    +█████████████████████████

5/4/21 7:15:32 PM CDT

Paul Murphy (███████████)

https://vm.tiktok.com/ZMeVCMfc8/

5/8/21 11:22:00 PM CDT

Paul Murphy (███████████)

https://vm.tiktok.com/ZMeb5RHvs/

5/8/21 11:48:26 PM CDT

That was funny!

5/8/21 11:48:46 PM CDT

Paul Murphy (+███████████)

How u doin

5/8/21 11:52:12 PM CDT

Blah. Enjoying the family on a sick pull vacation. However, not doing well moving on. I still struggling with the how and the why. Bring me in and ask me to step down as SCA. Don't do this bullsheet. I decided today I'm going to fight it. Even if it gets ugly. For no other reason then shouldn't ever happen again. To anyone.

5/8/21 11:53:54 PM CDT

Paul Murphy (███████████)

Hmmm well you've thought about it I hope something good comes from it ... I miss seeing u in D .... you are a tremendous asset as a person

5/8/21 11:57:14 PM CDT

Thanks bro. I have thought a lot about it. Talked to several we know who went they similar. Had a heart to heart with Casey to ensure I wouldn't be left hanging. Casey was told basically that there was no way I'd be allowed back. From some above Lee. So, fights on. I wish I could just move on but the last month has showed me I have a flaw. I can't walk away from injustice.

5/8/21 11:58:03 PM CDT

This can't be allowed to happen again. That's the fight. Nothing more.

App. 89
SWAPA 4217

Messages - Paul Murphy ▮▮▮▮▮▮▮                                        +▮▮▮▮▮▮▮▮▮▮▮▮▮▮

5/9/21 12:03:00 AM CDT

Paul Murphy ▮▮▮▮▮▮▮

If it's bob waltz I hope he pays .... we need guys just like u not the idiots
we have

5/9/21 12:04:43 AM CDT

Yeah. I miss you bro. I miss what we accomplished and the fun we had
doing it. 👊

5/9/21 12:05:27 AM CDT

Paul Murphy ▮▮▮▮▮▮▮

We doing ckam meetings .... not fun without u for sure

5/9/21 12:06:04 AM CDT

I miss it.

5/9/21 12:06:43 AM CDT

Paul Murphy (+▮▮▮▮▮▮▮

U should U rocked it ....

5/18/21 7:30:15 PM CDT

Paul Murphy ▮▮▮▮▮▮▮

https://vm.tiktok.com/ZMetFXCv4/

5/18/21 9:08:37 PM CDT

That is a large round!

5/18/21 9:08:50 PM CDT

Paul Murphy (+▮▮▮▮▮▮▮

U fire one like dat

5/18/21 9:10:20 PM CDT

No. Biggest I've shot is a 12" round.

5/18/21 9:10:50 PM CDT

Paul Murphy ▮▮▮▮▮▮▮

Hmmm dat big too

App. 90

SWAPA 4218

Messages - Paul Murphy ▮▮▮▮▮▮▮▮                                        +▮▮▮▮▮▮▮▮▮▮▮▮▮

5/18/21 9:11:56 PM CDT

Yeah. It is. Break altitude was 1500'. So it had quite a lift charge.

5/18/21 9:12:23 PM CDT

Paul Murphy (+▮▮▮▮▮▮▮

Felt that in the chest when it fired off

5/18/21 9:12:26 PM CDT



5/18/21 9:12:42 PM CDT

Definitely. It thumped hard.

5/18/21 9:13:02 PM CDT

Paul Murphy ▮▮▮▮▮▮▮

Wait ... and u didn't call .... that hurts

5/18/21 9:13:12 PM CDT

Paul Murphy (+▮▮▮▮▮▮▮

We could have had a moment

5/18/21 9:13:26 PM CDT



Page 46 of 51

App. 91
SWAPA 4219

Messages - Paul Murphy ▇▇▇▇▇                                        +▇▇▇▇▇▇▇▇▇▇▇▇▇

5/18/21 9:13:57 PM CDT

It's only an hour and a half turn time.

5/18/21 9:14:07 PM CDT

**Paul Murphy** (+▇▇▇▇▇)
Sat got good bourbon

5/18/21 9:14:55 PM CDT

Yeah. But I brought my own for this trip. Found out last week everything closes at midnight. 😫

5/18/21 9:15:11 PM CDT

**Paul Murphy** (+▇▇▇▇▇)
CI500 baby

5/18/21 9:15:32 PM CDT



5/18/21 9:16:15 PM CDT

**Paul Murphy** ▇▇▇▇▇
Miss u bro ... have a safe flight ... still trying for a mci overnight

5/18/21 9:17:11 PM CDT

Miss u. Looking forward to coming to get ya and bring you to the house.

5/18/21 9:17:39 PM CDT

**Paul Murphy** ▇▇▇▇▇
Sounds good

5/27/21 1:22:40 PM CDT

**Paul Murphy** (+▇▇▇▇▇)
U got vacation in July ??

5/27/21 3:25:03 PM CDT

Yes. 2 weeks.

App. 92
SWAPA 4220

Messages - Paul Murphy (███████████)                    +███████████████████████████

5/27/21 3:25:19 PM CDT

**Paul Murphy (███████████)**
Ok

5/27/21 3:27:16 PM CDT

Thanks for checking.

5/27/21 3:29:12 PM CDT

**Paul Murphy (███████████)**
No I was working on an angle for you but that doesn't work .. Meehan wants a BCAT of 24 ckam in July but we have 17 SCA on vacations and 5 management SCAs ... hmmm and we need 12 to run that class ... idiot got rid of 25% of my talent

5/27/21 3:32:47 PM CDT



5/27/21 3:34:45 PM CDT

**Paul Murphy (███████████)**
He needs to recertify all
APD and reinstate all loft guys too...

5/27/21 3:35:15 PM CDT

All stuff that we said would happen.

5/27/21 3:35:51 PM CDT

**Paul Murphy (+███████████)**
Yup .... they never listen ... they tryin to hire 100 more ckam

5/27/21 3:36:13 PM CDT

Have fun.

5/27/21 3:36:27 PM CDT

**Paul Murphy (+███████████)**
Ha

App. 93
SWAPA 4221

Messages - Paul Murphy ( ▉▉▉▉▉ )                                    + ▉▉▉▉▉▉▉▉▉▉▉▉▉▉

5/27/21 3:38:23 PM CDT

Paul Murphy (+ ▉▉▉▉▉ )
U willing to come back if I twist their arm??

5/27/21 3:40:33 PM CDT

I've already been told by someone above Lee that "as long as I'm in this position Tim will never be a ckam again for SWA". Casey told me he was told this. I assume BW. It's in SWAPA's hands now.

5/27/21 4:03:47 PM CDT

If they were going to do the right thing I'd be back by now. They obviously have it out for me. Don't know why. Don't care anymore.

5/27/21 4:06:13 PM CDT

18 years of the 5th and 20th left for me. Fuck all their hypocrisy and bullshit. I have more genuine care about this company and it's people then all of those double speaking, pompous ass hats combined.

5/27/21 4:46:06 PM CDT

Paul Murphy ( ▉▉▉▉▉ )
Sorry to spool u up bro ...

5/27/21 4:47:57 PM CDT

No worries. I'm more relaxed than I've been in awhile. Flying is easy.

6/4/21 7:58:53 PM CDT

Paul Murphy ( ▉▉▉▉▉ )
You drop the atom bomb yesterday ??

6/4/21 7:59:28 PM CDT

Huh?

6/4/21 8:02:09 PM CDT

Paul Murphy ( ▉▉▉▉▉ )
Swapa vs SWA .... Judge Wopner preside

6/4/21 8:02:43 PM CDT

I'll call u. Give me a minute.

App. 94
SWAPA 4222

Messages - Paul Murphy (███████████)                                    +████████████████████████

6/15/21 5:00:12 PM CDT

Man. You dedicated. If you're gonna work over vacation it should be at premium. Y'all should let em fail. Wish I'd let it fail in 2017. That's 2 weeks of vacation I won't ever get back.

6/15/21 5:15:46 PM CDT

Paul Murphy (███████████)

I didn't have anything planned plus I wanted them to see how much stupid cost ... they not dun yet ... I should be over 200 with 0 block

6/15/21 5:18:48 PM CDT

Good luck. They didn't learn it in 2017.

6/15/21 5:19:33 PM CDT

Paul Murphy (███████████)

Nope .... my days are numbered that's ok with me ..... what's up with the suit ... Amy news

6/15/21 5:19:36 PM CDT

Paul Murphy (███████████)

Any

6/15/21 5:20:02 PM CDT

Not yet.

6/15/21 5:20:47 PM CDT

Paul Murphy (███████████)

Thought you might have heard something by now

6/15/21 5:21:13 PM CDT

I did as well.

6/25/21 6:07:12 PM CDT

Paul Murphy (+███████████)

U in town the 27th?? Thinking of bidding a mci trip

6/25/21 6:08:16 PM CDT

Yes. I get back from a shooting a show that afternoon.

Page 50 of 51

SWAPA 4223

Messages - Paul Murphy ( █████████ )                              +█████████████████████████████

6/25/21 6:08:35 PM CDT

**Paul Murphy** ( ████████ )
Hmmm ok I 👀

6/25/21 6:08:54 PM CDT



6/27/21 11:58:21 PM CDT

**Paul Murphy** (+█████████ )
https://vm.tiktok.com/ZMd5USQf9/

6/28/21 12:01:57 AM CDT

**Paul Murphy** ( ████████ )
https://www.urbandictionary.com/define.php?term=Puerto%20Rican%20Pullout

6/28/21 1:01:13 PM CDT



6/28/21 1:14:38 PM CDT

**Paul Murphy** ( ████████ )
Come on … you had to laugh .. no way you read that

6/28/21 1:28:20 PM CDT

I did laugh. And no I didn't read it. I opened it then closed it. 😂

App. 96
SWAPA 4224



Type any word...



# Puerto Rican Pullout

 

When preforming unprotected **intercourse** the male does not pullout during climax. He simply "pulls out" of his partners life and flees the country, avoiding all risks of fathering a child. (**Originated** in **Puerto Rico**)

*Jim did the **Puerto Rican** pullout **last night**, haven't seen him since. {to preform the **Puerto Rican** pullout*

by **Bush did 9/11** **March 31, 2015**

👍 132   👎 15                                          🚩 FLAG

---

# puerto rican pullout

 

When Ray Navaez Jr. is escaping **danger** and **leaves** **everyone** to fight.

*This shit is getting intense. Time to pull a **Puerto Rican** Pullout*
*RAY WHERE YOU GOING! RAY!*
*See you bitches this **Puerto Rican** is **Pulling out**.*
*DAMMIT, RAY ! FUCK YOU, RAY!*
*\*Here Ray laughing as shit goes from bad to worse\**

by **Bleuinator** **July 20, 2016**

👍 35   👎 27         **EXHIBIT D**         🚩 FLAG

**App. 97**

EXHIBIT
028

# puerto rican pullout

 

When your **having sex** with **a girl** and your about to cum **pull out** and snort a line off her butt

*Yo Jeff do a **puerto rican** pullout on that bitch!*

***Dont be a pussy** **puerto rican** pullout that hoe!*

by **8o5** **September 25, 2013**

   👍 31 | 👎 48

🚩 FLAG

© 1999-2025 Urban Dictionary ®

App. 98

Carl Kuwitzky

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SOUTHWEST AIRLINES PILOTS      )
ASSOCIATION,                   )
    Plaintiff,                 )
                               )
vs.                            )   Case No. 3:21-cv-2608-M
                               )
SOUTHWEST AIRLINES CO.,        )
    Defendant.                 )


*  *  *  *  *  *  *  *  *  *  *

ORAL VIDEOTAPED DEPOSITION

DEFENDANT SOUTHWEST AIRLINES CO.

BY AND THROUGH CARL KUWITZKY

APRIL 15, 2026

*  *  *  *  *  *  *  *  *  *  *


ORAL VIDEOTAPED DEPOSITION OF CARL KUWITZKY,
produced as a witness at the instance of the Plaintiff
and duly sworn, was taken in the above-styled and
numbered cause on April 15, 2026, from 9:40 a.m. to
4:05 p.m., before Christy Fagan, CSR, CRR, RMR, RPR in
and for the State of Texas, reported by a Texas
certified machine shorthand reporter at the offices of
Ryan Law Partners, 3811 Turtle Creek Boulevard,
Suite 1450, Dallas, Texas, pursuant to the Federal Rules
of Civil Procedure.

**EXHIBIT E**

Carl Kuwitzky

Page 5

(Witness sworn.)

CARL KUWITZKY,

having been first duly sworn, testified as follows:

EXAMINATION

BY MR. GILLESPIE:

Q    Good morning, sir.

A    Good morning.

Q    Would you state your full name for the record?

A    Carl Kuwitzky.

Q    And, Mr. Kuwitzky, what is your preferred
title today?  Is it Captain Kuwitzky?

A    Carl.

Q    Carl.  Well, because we have a federal judge,
I might call you Mr. Kuwitzky.  Is that okay?

A    That's just fine.  Thank you.

Q    Are you a current employee of Southwest
Airlines?

A    Yes.

Q    And what is your position with Southwest?

A    I'm a consultant for Southwest Airlines.

Q    And do you hold any titles with Southwest
Airlines?

A    No.

Q    What was your last position at Southwest
Airlines before you became a consultant?

Carl Kuwitzky

Page 131

That was the Doyle Hill conversation.

A separate one with Captain Paul Murphy talked about harm to Captain Meehan about -- they were talking about capital punishment, what's available in Texas.  That one, while we still take it serious, was a little more.  You could make the case it's almost joking, but we don't have that luxury.

Q   Okay.  So the communications with Pat Thomas and Doyle Hill violated the confidentiality of the ER investigation in the opinion of Southwest Airlines?

A   Yes.

Q   There also were inappropriate communications regarding physical harm to Meehan and his property?

A   Yes.

Q   And has Southwest conducted any sort of investigation into those allegations?

A   No.

Q   Has Southwest filed any sort of complaint with any police or state agency?

A   Not yet.

Q   Or federal agency?

A   No.

Q   Is Southwest planning to do that?

A   Not to my knowledge.  It's all under review.

Q   Has Doyle Hill been talked to about these text

**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

_____
                                                    :
SOUTHWEST AIRLINES PILOTS                           :
ASSOCIATION                                         :
                                                    :
        Plaintiff,                                  :
                                                    :
            vs.                                     :        CASE NO. 3:21-cv-2608-E
                                                    :
SOUTHWEST AIRLINES CO.                              :
                                                    :
        Defendant.                                  :
_____           :

**DEFENDANT'S NOTICE OF DEPOSITION OF CAPTAIN PAUL MURPHY**

You are hereby notified that Southwest Airlines Co. ("Defendant" or "Southwest") will

take the deposition of Captain Paul Murphy beginning on May 5, 2026, at 9:00 a.m. CST, or at

such other date and time as agreed upon by counsel, at SWAPA Headquarters, 5221 N. O'Connor

Blvd., Suite 500, Irving, Texas 75039.  The deposition will continue day to day until completed.

The deposition will be taken before a certified court reporter and videographer.  Defendant

will present the witness with electronic exhibits using AgileLaw.  Information about the AgileLaw

program may be found at www.agilelaw.com.

**EXHIBIT F**

**Page 1 of 2**

**App. 102**

This 21st day of April 2026.

Respectfully submitted,

*/s/ Andrew B. Ryan*
Andrew B. Ryan
Texas Bar No. 24054464
Mitchell R. Garrett
Texas Bar No. 24101795
**RYAN LAW PARTNERS LLP**
3811 Turtle Creek Blvd., Suite 1450
Dallas, Texas 75219
T: (214) 347-7377
F: (888) 594-6240
E: andy@ryanlawpartners.com
E: mitch@ryanlawpartners.com

*Counsel for Defendant*
*Southwest Airlines Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2026, a true and correct copy of the foregoing document was served on counsel for all parties in accordance with the Federal Rules of Civil Procedure.

*/s/ Andrew B. Ryan*
Andrew B. Ryan

2

**App. 103**

**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

———————————————————————
                                       :

SOUTHWEST AIRLINES PILOTS      :
ASSOCIATION                          :
                                         :

          Plaintiff,                 :
                                         :

            vs.                   :        CASE NO. 3:21-cv-2608-E
                                       :

SOUTHWEST AIRLINES CO.        :
                                         :

          Defendant.            :
———————————————————————:

### DEFENDANT'S NOTICE OF DEPOSITION OF CAPTAIN DOYLE HILL

You are hereby notified that Southwest Airlines Co. ("Defendant" or "Southwest") will take the deposition of Captain Doyle Hill beginning on May 5, 2026, at 2:00 p.m. CST, or at such other date and time as agreed upon by counsel, at SWAPA Headquarters, 5221 N. O'Connor Blvd., Suite 500, Irving, Texas 75039. The deposition will continue day to day until completed.

The deposition will be taken before a certified court reporter and videographer. Defendant will present the witness with electronic exhibits using AgileLaw. Information about the AgileLaw program may be found at www.agilelaw.com.

This 21st day of April 2026.

Respectfully submitted,

*/s/ Andrew B. Ryan*
Andrew B. Ryan
Texas Bar No. 24054464
Mitchell R. Garrett
Texas Bar No. 24101795
**RYAN LAW PARTNERS LLP**
3811 Turtle Creek Blvd., Suite 1450
Dallas, Texas 75219
T: (214) 347-7377
F: (888) 594-6240
E: andy@ryanlawpartners.com
E: mitch@ryanlawpartners.com

*Counsel for Defendant*
*Southwest Airlines Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2026, a true and correct copy of the foregoing document was served on counsel for all parties in accordance with the Federal Rules of Civil Procedure.

*/s/ Andrew B. Ryan*
Andrew B. Ryan

2

App. 105

 Gmail

**Andrew Ryan <andy@ryanlawpartners.com>**

---

## SWAPA/Roebling - Doyle Hill Text Messages

1 message

---

**Andrew Ryan** <andy@ryanlawpartners.com>                      Mon, Apr 27, 2026 at 11:45 AM
To: James Sanford <jim@gillespiesanford.com>, Joe Gillespie <joe@gillespiesanford.com>, Mitchell Garrett
<mitch@ryanlawpartners.com>

Jim,

In advance of the Doyle Hill deposition, I notice that what we marked as Exhibit 46 (SWAPA 4738-4768) is missing several pages, many of which are likely relevant.

According to the pagination in the bottom right, it should be a 123-page document.  As produced, however, we received only a 31-page document.

For example, SWAPA 4756 is page 19 of 123, but the next page is page 21 of 123.  Page 20—which would include other text messages exchanged between March 5 at 6:33PM and 7:03PM—is not included.  As you know, that's a key timeframe in this case because it's the day Caulfield verbally counsels Roebling.

Likewise, after page 21 of 123, SWAPA failed to produce page 22 of 123, which would include other text messages exchanged between March 21 at roughly 10:25AM and March 22 at 3:43PM.  Again, that's a key timeframe in the case.  By this time, the March 25 meeting with Meehan has been set, and Roebling is bringing a SWAPA representative to that meeting.  See, e.g., SWAPA 235.

Next, SWAPA omits pages 25, 26, 27, and 28 of 123, which would include other text messages exchanged between March 26 at 1:23PM and March 27 at 5PM.  We all know why this timeframe is key to the case.

SWAPA also omits pages 31-35, 37-77, 80, 83-84, 86-92, and 94-123.

We'd ask that SWAPA produce the entirety of the text message thread (about another 90 pages) by no later than **Thursday, April 30**.  If SWAPA has any objection to this supplemental production, please let me know ASAP.

Best,
Andy

--
Andrew B. Ryan
Ryan Law Partners LLP
3811 Turtle Creek Boulevard, Suite 1450
Dallas, Texas 75219
(214) 347-7377 (office)
(214) 347-7360 (direct)
(214) 417-0076 (mobile)



**App. 106**

 Gmail

**Andrew Ryan <andy@ryanlawpartners.com>**

## Re: SWAPA/Roebling - Doyle Hill Text Messages

1 message

**James Sanford** <jim@gillespiesanford.com>                                      Thu, Apr 30, 2026 at 6:17 PM
To: Andrew Ryan <andy@ryanlawpartners.com>
Cc: Joe Gillespie <joe@gillespiesanford.com>, Mitchell Garrett <mitch@ryanlawpartners.com>

Andy,

We are responding to the issues raised below you recently raised.

As we've discussed before, the pagination in the PDFs for CA Roebling's text messages do not correspond to the universe of relevant or responsive information. As we've said before, we invested significant time to comb through months and months of text messages for the numerous pilots about which you asked. In doing so, we had to compare SWA's overly broad, vague, and multi-part requests to the documents themselves to determine what was and was not responsive. In the end, due to the format in which the messages are available, we have already *over*-produced text messages, including irrelevant and non-responsive information that happened to be on a page with something that was arguably responsive (and non-privileged). We did not produce *all* of the text messages to/from CA Roebling in the requested period (Feb to Oct 2021) and that has been clear for a long time. In other words, the pages that you say are "missing" are not that. They are not responsive and are irrelevant, often just personal and family-related topics, including pictures of kids and discussions of family-members' health, between long-time friends and coworkers.

By comparison, SWA has produced <u>no text</u> messages in response to SWAPA's three sets of RFPs, including requests for the text messages from and between management relevant to this litigation. SWA's position on this, and standing objection, was that it did not have access to these individuals personal devices and such devices are not within their custody or control.  However, CA Meehan recently testified as a 30b6 witness that he made his phone available to SWA counsel for purposes of discovery. It strikes us as improbable that the Company has <u>no</u> responsive text messages concerning any of the various topics in this matter — especially because those in Standards evidently frequently communicated with each other by text and chat messages. Indeed, SWA has not even produced the text messages between CA Roebling and management that SWAPA has produced. If SWA is withholding responsive documents in its possession, custody, or control, those should have been produced long ago.

As for the March 25-26 messages, specifically, please explain the relevance of those dates from SWA's point of view. We don't want to speculate as to why SWA thinks they're relevant and which request(s) cover further production

All that said, reviewing these messages again this week, we are supplementing a handful of pages from already produced text threads which on second and third look may have some tangential relevance. Please see attached as SWAPA 004867-004871. Let us know if we need to discuss further.

Thanks,

Jim Sanford
**Gillespie Sanford LLP**
4803 Gaston Ave.
Dallas, Texas 75246
Tel: 214.800.5111
Fax: 214.838.0001



Board Certified - Labor & Employment Law
Texas Board of Legal Specialization

On Apr 27, 2026 at 11:45AM -0500, Andrew Ryan <andy@ryanlawpartners.com>, wrote:

> Jim, In advance of the Doyle Hill deposition, I notice that what we marked as Exhibit 46 (SWAPA 4738-4768) is missing several pages, many of which are likely relevant. According to the pagination in the bottom right, it should be a 123-page document.  As produced, however, we received only a 31-page document. For example, SWAPA 4756 is page 19 of 123, but the next page is page 21 of 123.  Page 20—which would include other text messages exchanged between March 5 at 6:33PM and 7:03PM—is not included.  As you know, that's a key timeframe in this case because it's the day Caulfield verbally counsels Roebling.  Likewise, after page 21 of 123, SWAPA failed to produce page 22 of 123, which would include other text messages exchanged between March 21 at roughly 10:25AM and March 22 at 3:43PM.  Again, that's a key timeframe in the case.  By this time, the March 25 meeting with Meehan has been set, and Roebling is bringing a SWAPA representative to that meeting.  See, e.g., SWAPA 235.  Next, SWAPA omits pages 25, 26, 27, and 28 of 123, which would include other text messages exchanged between March 26 at 1:23PM and

**App. 107**

March 27 at 5PM.  We all know why this timeframe is key to the case.  SWAPA also omits pages 31-35, 37-77, 80, 83-84, 86-92, and 94-123.  We'd ask that SWAPA produce the entirety of the text message thread (about another 90 pages) by no later than **Thursday, April 30**.  If SWAPA has any objection to this supplemental production, please let me know ASAP. Best,Andy--

Andrew B. Ryan
Ryan Law Partners LLP
3811 Turtle Creek Boulevard, Suite 1450
Dallas, Texas 75219
(214) 347-7377 (office)
(214) 347-7360 (direct)
(214) 417-0076 (mobile)

---

**SWAPA 004867-004871.pdf**
720K

**App. 108**

Messages - Doyle Hill, Jr. ▆▆▆▆▆▆▆                    ▆▆▆▆▆▆▆▆▆▆▆▆▆ SWAPA ▆▆▆▆▆▆

3/21/21 10:25:25 AM CDT

Doyle Hill, Jr. ▆▆▆▆▆▆
Ok

3/21/21 10:26:04 AM CDT

Doyle Hill, Jr. (▆▆▆▆▆▆▆)
Bob hein is one name that is popping up

3/21/21 10:32:35 AM CDT

🤦

3/21/21 10:32:50 AM CDT

He's means well. But....

3/21/21 10:33:12 AM CDT

Doyle Hill, Jr. (+▆▆▆▆▆
Marine

3/21/21 10:33:36 AM CDT

Yup

3/21/21 10:35:02 AM CDT

We need to be teaching guys the why based on risk. Not based of fear or retribution or punishment.

3/21/21 10:35:49 AM CDT

But Standards Management doesn't get it, why would our ckam. They are just following management.

3/21/21 10:39:52 AM CDT

Doyle Hill, Jr. (▆▆▆▆▆▆▆)
And the risk to our ckam of getting a size 15 up their bunghole for saying shit like that

**SWAPA 004867**

Messages - Doyle Hill, Jr. ████████████                    ████████████ SWAPA ████████████

3/27/21 4:21:05 PM CDT

Doyle Hill, Jr. (+████████████

I know you dont give a shit about this stuff, neither do I.  But Im not one to just sit idle on the sidelines either

3/27/21 4:21:29 PM CDT

Doyle Hill, Jr. (+████████████



3/27/21 4:25:48 PM CDT

Ckam 12/13
APD 12/14
LOFT around 6/14
Upgrade GS around 5/14
Initial GS around 8/14
SCA 3/16
IE GS initial Cadre 8/16
IE development 16, 17, 18
CQ development 17, 18 Content Owner 18
EET GS Cadre 17 (taught EET GS to AFS 280 and CMO for approval)

Blah, blah, blah

3/27/21 4:29:57 PM CDT

I figured it out. Just in over ride alone I'm losing 40 k a year. That doesn't include event pay. I never did it for the money. But holy shit!!

3/27/21 4:35:25 PM CDT

Wow. Thanks bro. In 2017 I worked beside Don Merritt to get CQT fixed. It wasn't all me.

**SWAPA 004868**

Messages - Doyle Hill, Jr. ▮▮▮▮▮▮                                     +▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3/27/21 4:35:53 PM CDT

Doyle Hill, Jr. (▮▮▮▮▮▮)
I know.  I dont know all the details, i winged it.

3/27/21 4:36:02 PM CDT

There were several other SCA that busted their asses as well.

3/27/21 4:36:24 PM CDT

Doyle Hill, Jr. (▮▮▮▮▮▮)
Yeah but u were content owner

3/27/21 4:37:04 PM CDT

That was 2018.

3/27/21 4:37:56 PM CDT

Didn't have a Content Owner in 2017. 2018 was the first year. And it didn't last.

3/27/21 4:40:54 PM CDT

Doyle Hill, Jr. (▮▮▮▮▮▮)
Too bad they arent offering a 15-20 yr vsp

3/27/21 4:40:56 PM CDT

Doyle Hill, Jr. (+1▮▮▮▮▮)
Lol

3/27/21 4:42:01 PM CDT

Yup.

3/27/21 4:42:09 PM CDT

Doyle Hill, Jr. (▮▮▮▮▮▮)
Regardless of the details, nobody that I know, has worked harder and done it better than you.  NOBODY

3/27/21 4:42:23 PM CDT

Thanks bro.

SWAPA 004869

Messages - Doyle Hill, Jr. ██████████                    +██████████ SWAPA ████████

3/30/21 11:49:30 AM CDT

Absolutely

3/30/21 11:51:13 AM CDT

Btw. My linecheck was due end of this month. I go non current on the 31st.

3/30/21 11:52:58 AM CDT

Doyle Hill, Jr. ██████████

LoL

3/30/21 11:55:07 AM CDT

Yup

3/31/21 8:19:40 AM CDT

I'll call you in a few.

3/31/21 9:26:54 AM CDT

Doyle Hill, Jr. (+██████████

Nothing important.  Just checking in

3/31/21 8:15:22 PM CDT

Doyle Hill, Jr. ██████████



4/1/21 2:16:10 PM CDT

I just sent an email to Casey and Jay with my recollection of the day I told management I was joining ckam committee.

**SWAPA 004870**

Messages - Doyle Hill, Jr. (+▮▮▮▮▮▮▮▮)                                    +▮▮▮▮▮▮▮▮▮▮▮▮▮ SWAPA ▮▮▮▮▮▮▮

8/2/21 2:09:22 PM CDT

Doyle Hill, Jr. (+▮▮▮▮▮▮▮)
Would "vagina, vagina" be appropriate?

8/2/21 2:09:32 PM CDT

Doyle Hill, Jr. (+▮▮▮▮▮▮▮)
https://www.msn.com/en-us/news/familyhealth/woman-with-two-vaginas-says-shes-turned-medical-quirk-she-once-hated-into-thriving-onlyfans-career/ar-AAMCCfu

8/2/21 2:10:17 PM CDT



8/4/21 10:06:14 AM CDT

Doyle Hill, Jr. (+▮▮▮▮▮▮▮)
Called you back

8/4/21 2:58:30 PM CDT

2 writups already. First leg   Already 10 late. Ugh.

8/4/21 4:02:50 PM CDT

Doyle Hill, Jr. (+1▮▮▮▮▮▮)
Wow

Sounds fun

Text message
8/4/21 5:25:35 PM CDT

Doyle Hill, Jr. (+1▮▮▮▮▮▮)
Wow

Sounds fun

iMessage
8/6/21 2:44:33 PM CDT

Just got JA'd for a 2 day tomorrow. Gonna pay 29.6.

SWAPA 004871

 Gmail

**Andrew Ryan <andy@ryanlawpartners.com>**

## Re: SWAPA/Roebling - Doyle Hill Text Messages

1 message

**Andrew Ryan** <andy@ryanlawpartners.com>                    Fri, May 1, 2026 at 7:04 AM
To: James Sanford <jim@gillespiesanford.com>
Cc: Joe Gillespie <joe@gillespiesanford.com>, Mitchell Garrett <mitch@ryanlawpartners.com>

Jim,

Your email raises several points, but I'll start with the most time-sensitive basic issue.

March 25 and 26 are key timeframes because Captain Roebling loses his check pilot qualifications on March 25 and starts telling many people in the days thereafter.  Similar text messages show Captain Roebling discussing the issue with Mike Takahashi (SWAPA 3805), Mark Arriola (SWAPA 3800), Greg Bland (SWAPA 3797), Brad Apostolo (SWAPA 3796), Bob Romanovsky (SWAPA 3790), Paul Murphy (SWAPA 3831), and Rod Aman (SWAPA 3838).  At the same time, Captain Roebling is also soliciting his story to be spread far and wide.  *See* SWAPA 3836 (Mar. 26 message to Rob Castanet: "Tell every Check Airman that you talk to, to email/call SWAPA with their support on fighting this on my behalf.  Grass roots stuff.  This is suggestion from Casey.  But it can't be me asking people.  Gotta come from the group.").  We also know SWAPA aided Roebling in his effort to publicize what happened to him.  *See* SWA Ex. 23.  And Captain Roebling also tells at least one person that he "want[s] to do physical harm."  SWAPA 3833. This is a particularly relevant point for Doyle Hill, since he is the one who wants a prostitute and her friends to rob Chris Meehan and throw him in a river.  Thus, we are asking for Captain Roebling's messages with Doyle Hill during a critical period—messages that were not included in SWAPA's March production of these text messages or in yesterday's production.

Beyond this relevance question, SWAPA seems to have four objections, most of which are addressed easily.

*First*, SWAPA contends the messages are irrelevant.  We have doubts about SWAPA's determinations of what is or is not relevant.  Doyle Hill's messages were withheld from Southwest until six months after Tim Roebling's deposition.  This was relevant information.  For example, Captain Roebling testified that he "disclose[d] the existence of this employee relations investigation to other pilots" only "after my termination."  Roebling Dep. 137:2-6.  Of course, the Doyle Hill messages show that he called Hill within ninety minutes of getting off the phone with Julie O'Grady.  Even in March 2026, SWAPA's new, five-page production shows it omits evidence of bias (nominating Roebling for the President's Award two days after his qualifications are pulled), knowledge that insulting or offensive name-calling violates the company's bullying policy, and continued jokes about the word "vagina"—all information we wouldn't have if we hadn't followed up.  And still, SWAPA hasn't produced messages between Roebling and Hill during the critical March 25 and 26 timeframe.

*Second*, SWAPA contends, in a one-word throwaway, that the messages may be privileged.  We assume SWAPA again means the union confidentiality privilege.  No such privilege exists in the Fifth Circuit, as detailed in our September 30 letter to you.

*Third*, SWAPA argues that the messages are largely personal.  But that's true of dozens of documents exchanged in this case, including the full Gator and many of Captain Roebling's text messages with other pilots.  In any event, we have a confidentiality order.  And we've worked cooperatively on protecting confidential pilot information, like designating parts of Captain Styer's deposition confidential when he discussed ▨▨▨▨▨▨▨▨▨▨ or the part of Captain Reven's deposition where he disclosed ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨ Send me the full 123 pages of texts and tell me what you want redacted, marked confidential, etc., because it's too personal to be made public, and unless it's necessary evidence for the case, you know I'll agree.  That's not a reason to withhold the document.

*Fourth*, SWAPA argues Southwest should have produced text messages.  For starters, let's correct the record: Meehan was not the Rule 30(b)(6) witness on document collection.  He may have testified that someone dumped his phone, but that was not binding on the company.  Regardless, we looked at this issue for you in fall 2025, and we did not discover any company ownership or control of personal text messages.  We can look again if you'd like.  But the time-sensitive issue is Doyle Hill's deposition, which is in 4 days.

Please give us the full, unredacted 123 pages of text messages by end of day today.

Best,
Andy



**App. 114**

On Thu, Apr 30, 2026 at 6:17 PM James Sanford <jim@gillespiesanford.com> wrote:

Andy,

We are responding to the issues raised below you recently raised.

As we've discussed before, the pagination in the PDFs for CA Roebling's text messages do not correspond to the universe of relevant or responsive information. As we've said before, we invested significant time to comb through months and months of text messages for the numerous pilots about which you asked. In doing so, we had to compare SWA's overly broad, vague, and multi-part requests to the documents themselves to determine what was and was not responsive. In the end, due to the format in which the messages are available, we have already *over*-produced text messages, including irrelevant and non-responsive information that happened to be on a page with something that was arguably responsive (and non-privileged). We did not produce *all* of the text messages to/from CA Roebling in the requested period (Feb to Oct 2021) and that has been clear for a long time. In other words, the pages that you say are "missing" are not that. They are not responsive and are irrelevant, often just personal and family-related topics, including pictures of kids and discussions of family-members' health, between long-time friends and coworkers.

By comparison, SWA has produced no text messages in response to SWAPA's three sets of RFPs, including requests for the text messages from and between management relevant to this litigation. SWA's position on this, and standing objection, was that it did not have access to these individuals personal devices and such devices are not within their custody or control. However, CA Meehan recently testified as a 30b6 witness that he made his phone available to SWA counsel for purposes of discovery. It strikes us as improbable that the Company has no responsive text messages concerning any of the various topics in this matter — especially because those in Standards evidently frequently communicated with each other by text and chat messages. Indeed, SWA has not even produced the text messages between CA Roebling and management that SWAPA has produced. If SWA is withholding responsive documents in its possession, custody, or control, those should have been produced long ago.

As for the March 25-26 messages, specifically, please explain the relevance of those dates from SWA's point of view. We don't want to speculate as to why SWA thinks they're relevant and which request(s) cover further production

All that said, reviewing these messages again this week, we are supplementing a handful of pages from already produced text threads which on second and third look may have some tangential relevance. Please see attached as SWAPA 004867-004871. Let us know if we need to discuss further.

Thanks,

Jim Sanford
**Gillespie Sanford LLP**
4803 Gaston Ave.
Dallas, Texas 75246
Tel: 214.800.5111
Fax: 214.838.0001

Board Certified - Labor & Employment Law
Texas Board of Legal Specialization

On Apr 27, 2026 at 11:45 AM -0500, Andrew Ryan <andy@ryanlawpartners.com>, wrote:

> Jim, In advance of the Doyle Hill deposition, I notice that what we marked as Exhibit 46 (SWAPA 4738-4768) is missing several pages, many of which are likely relevant. According to the pagination in the bottom right, it should be a 123-page document. As produced, however, we received only a 31-page document. For example, SWAPA 4756 is page 19 of 123, but the next page is page 21 of 123. Page 20—which would include other text messages exchanged between March 5 at 6:33PM and 7:03PM—is not included. As you know, that's a key timeframe in this case because it's the day Caulfield verbally counsels Roebling. Likewise, after page 21 of 123, SWAPA failed to produce page 22 of 123, which would include other text messages exchanged between March 21 at roughly 10:25AM and March 22 at 3:43PM. Again, that's a key timeframe in the case. By this time, the March 25 meeting with Meehan has been set, and Roebling is bringing a SWAPA representative to that meeting. See, e.g., SWAPA 235. Next, SWAPA omits pages 25, 26, 27, and 28 of 123, which would include other text messages exchanged between March 26 at 1:23PM and March 27 at 5PM. We all know why this timeframe is key to the case. SWAPA also omits pages 31-35, 37-77, 80, 83-84, 86-92, and 94-123. We'd ask that SWAPA produce the entirety of the text message thread (about another 90 pages) by no later than **Thursday, April 30**. If SWAPA has any objection to this supplemental production, please let me know ASAP. Best,Andy--

Andrew B. Ryan
Ryan Law Partners LLP
3811 Turtle Creek Boulevard, Suite 1450
Dallas, Texas 75219
(214) 347-7377 (office)
(214) 347-7360 (direct)

**App. 115**

(214) 417-0076 (mobile)

--
Andrew B. Ryan
Ryan Law Partners LLP
3811 Turtle Creek Boulevard, Suite 1450
Dallas, Texas 75219
(214) 347-7377 (office)
(214) 347-7360 (direct)
(214) 417-0076 (mobile)

App. 116

 **Gmail**

**Andrew Ryan <andy@ryanlawpartners.com>**

## SWAPA v. SWA - urgent matter re upcoming depositions
1 message



**Joe Gillespie** <joe@gillespiesanford.com>                      Fri, May 1, 2026 at 7:04 PM
To: Andy Ryan <andy@ryanlawpartners.com>
Cc: James Sanford <jim@gillespiesanford.com>, Mitchell Garrett <mitch@ryanlawpartners.com>

Andy,

Apologies for the informality of this message, but the situation is urgent. SWAPA just learned that Southwest communicated earlier today to Tuesday's witness, Doyle Hill, via his Chief Pilot. The Chief Pilot said that Hill is under an ER investigation for alleged violations of company policy.

The timing of this communication—two business days before testifying in a federal union animus lawsuit, apparently related to text messages that the Company has had since March 5th—appears to be a transparent effort to intimidate this former SWAPA Board Member. Subjecting a union witness to the disciplinary process as he is about to testify appears designed to impact his testimony by putting him in fear of jeopardy to his career.

The Company leaning on witnesses just before testifying is a concerning pattern. This is now the second time in six weeks that Southwest has done this just before a deposition of a SWAPA member.  Having said nothing for five-plus years about posts in the Standards chat thread, Captain Meehan chose the week before CA Nancy Martin's deposition to address her. Naturally, she testified that she was worried for her career.  That situation—like this morning's—severely risks chilling truthful testimony. Meehan's actions to intimidate Captain Martin related to messages on the Gator thread that had been in the possession of Meehan since his deposition in October and in the possession of Southwest even longer.  Indeed, Meehan was himself on the same thread for period of time.

We don't expect you to admit the Company's wrongdoing. That's understood. But it is clear that Tuesday's depositions can't go forward as planned given these sudden developments.  SWAPA is going to file a motion for protective on Monday to address the risk of chilled testimony and for appropriate safeguards for witnesses in this case. Over the next weeks, we can discuss when and under what conditions these depositions go forward. SWAPA may also need to file a show cause motion in the coming weeks.

SWAPA is going to ask the court that both the Hill and Murphy deposition be postponed until the court has ruled on these motions and after the investigation and disciplinary process is concluded.

SWAPA cannot agree to have these members be deposed under a threat of harm to their career hanging over their testimony and before they are afforded the protections afforded to them under the CBA and the RLA.

We view these actions by Southwest as new and further retaliatory actions by Southwest related to anti-union animus.  The need for Meehan to discuss his alleged concerns over Captain Martin's Gator posts from 2018-2021, many of which he was in a position to see when they were made, and all of which he had in hand during his October 2025 deposition, just as week before her deposition, is highly improper.  Similarly, Southwest instigating an ER investigation into private communications dating back to 2021 which Southwest has had since March 5th just a week before

**App. 117**

the Hill and Murphy depositions is highly improper and not done for any legitimate reason.

Before SWAPA files this motion on Monday, I write to alert you to these serious issues and to propose a two-week (or more) pause on these two depositions so that we can work together to resolve this issue without court intervention.

Assuming we cannot reach an agreement to postpone these two deposition, we will file the motion Monday.

Please respond by noon on Monday.  Please also feel free to reach out to me over the weekend.

Sincerely,

Joe Gillespie
Partner
Gillespie Sanford LLP
4803 Gaston Ave.
Dallas, TX 75246
(214) 800-5114 main office
(214) 838-0001 fax
www.gillespiesanford.com

 Gmail

**Andrew Ryan <andy@ryanlawpartners.com>**

## Re: SWAPA v. SWA - urgent matter re upcoming depositions
1 message

**Andrew Ryan** <andy@ryanlawpartners.com>                    Mon, May 4, 2026 at 10:10 AM
To: Joe Gillespie <joe@gillespiesanford.com>
Cc: James Sanford <jim@gillespiesanford.com>, Mitchell Garrett <mitch@ryanlawpartners.com>

Joe,

We will not postpone the depositions. If you file your motion for protective order, we will cross-move to compel the witness's depositions and seek our fees from SWAPA and your firm.

Let's start with the motions. You mention two. Neither is justified.

*First*, you claim SWAPA is considering "a show cause motion." Show cause for what? Southwest has violated no court order or rule or procedure.

*Second*, you assert that SWAPA will file a protective order before Tuesday's depositions. Again, on what grounds? Rule 26(c) allows a protective order to protect a witness from "annoyance, embarrassment, oppression, or undue burden or expense." Fed. R. Civ. P. 26(c)(1). Witness intimidation is a powerful phrase, but it is inapplicable here, as even the facts alleged (which are wrong) do not establish good cause for a protective order. A protective order based on alleged witness intimidation seeks "extraordinary" relief. *Rohwer v. Warner Bros. Discovery, Inc.*, No. 2:25-CV-01284-RSL, 2025 WL 3628626, at *1 (W.D. Wash. Dec. 15, 2025). A "high bar" has thus been set for such motions. *Alizadeh v. Katebian*, No. CV 20-12372, 2021 WL 2638048, at *2 (E.D. Mich. June 1, 2021), *report and recommendation adopted*, No. CV 20-12372, 2021 WL 2635443 (E.D. Mich. June 25, 2021) (denying such a motion even when the defendant told a witness "I will fuck with [your] life").

Relevant here, a motion for protective order alleging witness intimidation cannot be "based solely upon irrational fears or mere conjecture." *Disability Rights New Jersey, Inc. v. Velez*, No. CIV. 10-3950 DRD, 2011 WL 2937355, at *5 (D.N.J. July 19, 2011); *see also Ocean Garden Products Inc. v. Blessings Inc.*, No. CV-18-00322-TUC-RM, 2020 WL 570947, at *3 (D. Ariz. Feb. 5, 2020) (denying motion for protective order because "concerns regarding witness intimidation were, without further corroborating evidence, too speculative to establish good cause"). As SWAPA knows, the "good cause" standard for Rule 26(c) protective orders is "strict," requires "a particularized showing of" any alleged "harm," and cannot be "unsubstantiated by specific examples." *ION, Inc. v. Sercel, Inc.*, No. 5:06CV236, 2009 WL 10677595, at *2 (E.D. Tex. May 20, 2009) (internal cites and quotations omitted). With those standards in mind, we turn to SWAPA's alleged evidence of witness intimidation.

We begin with Captain Martin-Belitz. SWAPA has no good-faith basis to allege Southwest attempted to intimidate her or influence her testimony. You deposed her and she said as much. She first testified that Captain Meehan was not trying to scare her before her deposition:

Q. ***Do you think*** a jury might think that you --
that ***Capt. Meehan was attempting to scare you*** before
your deposition?
        MR. RYAN: Object to the form.
    A.    ***No***. It was a very friendly conversation.

Martin-Belitz Dep. 191:24-192:3 (emphasis supplied).

She further testified that she does not fear retaliation from Southwest:

Q.        All right. Do you -- ***are you afraid for
retaliation of your testimony today***?
    A.  From who?
    Q.  From the company.
    A.  ***I trust the company. I'm not afraid of
retaliation***. However, it doesn't help in any
manner.



Case 3:21-cv-02608-E    Document 93-1    Filed 05/05/26    Page 120 of 156    PageID 1766

Martin-Belitz Dep. 86:12-18 (emphasis supplied).

Simply stated, SWAPA's allegations that Southwest tried to intimidate Captain Martin-Belitz are baseless. It is refuted by her deposition testimony. And it will be further refuted by her declaration in opposition to any motion you file. If SWAPA nevertheless pursues a protective order based on alleged intimidation of Captain Martin-Belitz, Southwest will pursue all available options for recovering its attorneys' fees for such a frivolous motion, including under Rule 11.

Turning now to Doyle Hill, let's correctly recount the facts.

The first and most important fact is that any delay in having an ER investigation of Doyle Hill completed before his deposition is entirely SWAPA's fault.

SWAPA began producing text messages between Tim Roebling and other pilots, especially those it thought favorable to its case, in July 2022. *See* SWAPA 221-235. That continued after the appeal, with SWAPA producing additional messages from Tim Roebling's phone on April 15, 2025 (SWAPA 331-3338), May 29, 2025 (SWAPA 3487-3488), August 29, 2025 (SWAPA 3788-3843), September 12, 2025 (SWAPA 3868-3916), and September 17, 2025 (SWAPA 3976-4029). Tim Roebling was then deposed a week later. By the time of his deposition, SWAPA had disclosed hundreds of pages of text messages between Captain Roebling and dozens of other pilots—but not Doyle Hill.

On September 30, 2025, Southwest asked SWAPA to "supplement Captain Roebling's text messages with all February 2021 messages concerning either the Gator or the ER Investigation," including all related records "from February 10, 2021, until June 1, 2021." SWAPA agreed and produced additional responsive text messages on October 30, 2025. *See* SWAPA 4109-4242. Still, no Doyle Hill messages.

In the end, SWAPA didn't produce Doyle Hill's text messages until March 5, 2026. About 3 years and 8 months passed between SWAPA's first production of pilot text messages and its production of Doyle Hill's texts. Even after the appeal, 10 months passed between SWAPA's additional production of pilot text messages and its production of Doyle Hill's texts. This was more than enough time for the completion of an ER investigation. If, as SWAPA wrongly contends, an ER investigation must be completed before Doyle Hill is deposed, the delay is SWAPA's fault—not Southwest's.

You focus on the timeline starting with SWAPA's belated production on March 5. But your theory omits all that happened in the two months since. Captain Kornblum was deposed on March 5. Captain Martin-Belitz on March 6. Captain Thomas's deposition was on March 12. Captain Bellar's on March 13. Spring Break was March 16 through 20. And I was out for a trial in Miami from March 21 until March 27. We therefore did not focus on the new messages from Doyle Hill until preparing Carl Kuwitzky for his Rule 30(b) deposition in late March. Then, the early April depositions of Rule 30(b)(6) witnesses were postponed for both sides. To that end, additional prep sessions were separately held with Captains Kuwitzky and Meehan on April 13 and 14, 2026.

It was after those sessions that Doyle Hill's text messages were reported to Bob Pieknik, the Headquarters Chief Pilot. Neither Chris Meehan nor Southwest's lawyers (inside or outside counsel) reported the matter to ER. It appears that Captain Pieknik did. As he is the Headquarters Chief Pilot, we neither did (nor could) order him to pursue an ER investigation.

That these messages had been reported to the Headquarters Chief Pilot, and potentially ER, was disclosed on April 15, at Carl Kuwitzky's deposition. Even so, after Mr. Kuwitzky's deposition, SWAPA still offered Doyle Hill for an early-May deposition. On April 23, SWAPA deposed Chris Meehan, who confirmed the existence of the ER investigation into Doyle Hill. Still, between April 23 and May 1 at 7PM, SWAPA did not object to Doyle Hill's deposition going forward.

In fact, during that time, SWAPA produced even more messages from Doyle Hill. On April 27, Southwest asked for additional messages based on the dates, times, and content of messages that SWAPA was withholding. Rather than object to witness intimidation, SWAPA produced more messages on April 30. Again, these messages confirm Southwest's position that he and Captain Roebling were engaging in inappropriate communications that mocked the ER investigation and the basis for removing Captain Roebling's check pilot qualifications. Still, SWAPA withheld Doyle Hill's texts from a critical timeframe, so Southwest sent another email on May 1, at 7:04 A.M., demanding their production by the end of the day.

Exactly 12 hours—to the minute—after Southwest's demand for key texts from the days around Captain Roebling's loss of his check pilot qualifications, SWAPA for the first time cried witness intimidation. How bad must those text messages be? In any event, this complete record (as well as your own email) establishes Southwest has not intimidated Doyle Hill.

*First*, it was SWAPA's belated production—not Southwest sitting on its hands—that delayed any ER investigation into Doyle Hill. SWAPA's focus on the last 60 days is misplaced, as shown by the relief requested. SWAPA wants further depositions iced until "the investigation and disciplinary process is concluded," including vindicating any rights the witnesses may have "under the CBA and RLA." Or, in plain English, SWAPA doesn't want Doyle Hill deposed until a

**App. 120**

grievance has been filed, litigated, and concluded.  Although we have no doubt that any grievance on these facts would be swiftly denied, there's no guarantee it would happen inside of 60 days.

*Second*, there is nothing "in any way improper or punitive" about Southwest commencing an ER investigation of Doyle Hill's messages.  *Velez*, 2011 WL 2937355, at *5.  Let's be clear about the key issue: In 2021, Doyle Hill suggested to Tim Roebling that they find a prostitute to get Chris Meehan drunk, take compromising photos of him, call her pimp friends to rob him, and throw him in the Trinity River.  This was after Doyle Hill asked Tim Roebling to identify Chris Meehan's car and tell him where it was parked.  Your email makes a feeble attempt to defend these messages.  They were "private communications."  So what?  You can threaten a supervisor in private with impunity?  They "dat[e] back to 2021."  And?  There's a statute of limitations on threats of workplace violence?

*Second*, all that Doyle Hill has been told is that he "is under an ER investigation."  That is not witness intimidation.  *Cf. Babcock Power, Inc. v. Kapsalis*, No. 3:13-CV-717-CRS-CHL, 2016 WL 4132302, at *3 (W.D. Ky. Aug. 3, 2016) (even a "belligerently worded" letter will not "necessitate a protective order, especially in the absence of actual evidence of witness intimidation and harassment.").  Mr. Hill could refuse to participate in the ER investigation or, at a minimum, participate only with a union representative.  *See, e.g.*, *Memphis Invest, GP v. Waite*, No. 2:13-CV-01282-JAD-NJ, 2014 WL 547962, at *5 (D. Nev. Feb. 11, 2014) (rejecting that a witness had a reasonable fear of retaliation when the witness was "free to end any communications directed toward her by" the "Defendant" "at any time.").

*Third*, Mr. Hill's deposition testimony and ER interview should tell the same story.  SWAPA has already previewed its defense of these comments.  They were made a long time ago, on a private chat, they were jokes, and nothing happened.  You've given no reason why the ER investigation makes Mr. Hill likely to change his testimony.  *See Waite*, 2014 WL 547962, at *5 (no witness intimidation when witness's story "will [not] in any way change").

*Fourth*, despite your email's claims to the contrary, an ER investigation is not discipline.  It is just an investigation.  How the investigation will conclude or what Doyle Hill's chief pilot will do with the results (if anything) is unclear.  Even if Mr. Hill is found to have violated company policy, his chief pilot may still not discipline him.

*Finally*, even if Mr. Hill had a credible fear of witness intimidation or retaliation (and he does not), "a protective order is unnecessary" because he already has remedies available to him.  *Equal Employment Opportunity Comm'n v. Matamoros*, No. 15-1563-RAJ, 2017 WL 5707951, at *1 (W.D. Wash. Mar. 8, 2017).  He can report the alleged crime to federal prosecutors.  *See id*. (discussing "already-existing laws prohibiting retaliation" as including 18 U.S.C. § 1512(b)).  "These already-existing laws, which all parties must observe, are sufficient protections against witness retaliation and render a protective order unnecessary."  *Id*.

If you still insist on filing your motion with the Court, please include this email with your meet and confer, so that the Court understands (in detail) why Southwest disagrees with your requested protective order.  We will respond promptly and seek our fees for doing so.

Best,
Andy

On Fri, May 1, 2026 at 7:04 PM Joe Gillespie <joe@gillespiesanford.com> wrote:
> Andy,
>
> Apologies for the informality of this message, but the situation is urgent. SWAPA just learned that Southwest communicated earlier today to Tuesday's witness, Doyle Hill, via his Chief Pilot. The Chief Pilot said that Hill is under an ER investigation for alleged violations of company policy.
>
> The timing of this communication—two business days before testifying in a federal union animus lawsuit, apparently related to text messages that the Company has had since March 5th— appears to be a transparent effort to intimidate this former SWAPA Board Member. Subjecting a union witness to the disciplinary process as he is about to testify appears designed to impact his testimony by putting him in fear of jeopardy to his career.
>
> The Company leaning on witnesses just before testifying is a concerning pattern. This is now the second time in six weeks that Southwest has done this just before a deposition of a SWAPA member.  Having said nothing for five-plus years about posts in the Standards chat thread, Captain Meehan chose the week before CA Nancy Martin's deposition to address her. Naturally, she testified that she was worried for her career.  That situation—like this morning's—severely risks chilling truthful testimony. Meehan's actions to intimidate Captain Martin related to

App. 121

Case 3:21-cv-02608-E     Document 93-1     Filed 05/05/26     Page 122 of 156     PageID 1768

messages on the Gator thread that had been in the possession of Meehan since his deposition in October and in the possession of Southwest even longer.  Indeed, Meehan was himself on the same thread for period of time.

We don't expect you to admit the Company's wrongdoing. That's understood. But it is clear that Tuesday's depositions can't go forward as planned given these sudden developments.  SWAPA is going to file a motion for protective on Monday to address the risk of chilled testimony and for appropriate safeguards for witnesses in this case. Over the next weeks, we can discuss when and under what conditions these depositions go forward. SWAPA may also need to file a show cause motion in the coming weeks.

SWAPA is going to ask the court that both the Hill and Murphy deposition be postponed until the court has ruled on these motions and after the investigation and disciplinary process is concluded.

SWAPA cannot agree to have these members be deposed under a threat of harm to their career hanging over their testimony and before they are afforded the protections afforded to them under the CBA and the RLA.

We view these actions by Southwest as new and further retaliatory actions by Southwest related to anti-union animus.  The need for Meehan to discuss his alleged concerns over Captain Martin's Gator posts from 2018-2021, many of which he was in a position to see when they were made, and all of which he had in hand during his October 2025 deposition, just as week before her deposition, is highly improper.  Similarly, Southwest instigating an ER investigation into private communications dating back to 2021 which Southwest has had since March 5th just a week before the Hill and Murphy depositions is highly improper and not done for any legitimate reason.

Before SWAPA files this motion on Monday, I write to alert you to these serious issues and to propose a two-week (or more) pause on these two depositions so that we can work together to resolve this issue without court intervention.

Assuming we cannot reach an agreement to postpone these two deposition, we will file the motion Monday.

Please respond by noon on Monday.  Please also feel free to reach out to me over the weekend.

Sincerely,

Joe Gillespie
Partner
Gillespie Sanford LLP
4803 Gaston Ave.
Dallas, TX 75246
(214) 800-5114 main office
(214) 838-0001 fax
www.gillespiesanford.com

--
Andrew B. Ryan
Ryan Law Partners LLP
3811 Turtle Creek Boulevard, Suite 1450

App. 122

Case 3:21-cv-02608-E     Document 93-1     Filed 05/05/26     Page 123 of 156     PageID 1769

Dallas, Texas 75219
(214) 347-7377 (office)
(214) 347-7360 (direct)
(214) 417-0076 (mobile)

App. 123

**In the Matter Of:**

PILOTS ASSOCIATION vs SOUTHWEST AIRLINES

3:21-CV-2608-E

**JODY R. REVEN**

*April 16, 2026*

*30(b)(6), Non-Confidential*

EXHIBIT L



800.211.DEPO (3376)
EsquireSolutions.com

**App. 124**

VIDEOGRAPHER:  Good morning everyone.  Today is April 16th, 2026, Thursday at 9:33 a.m.  And we are doing the video recorded deposition of Jody Reven.

Would counsel please state their appearances for the record?

MR. RYAN:  Good morning, Andy Ryan for Southwest Airlines.  I'm joined in person by Olga Bograd and Carl Kuwitzky who are in-house at Southwest.  And then on the zoom today from Southwest will likely be Rachel Delgado and Chris Meehan from Southwest.

MR. GILLESPIE:  This is Joe Gillespie on behalf of the plaintiff SWAPA.  And I have in-house counsel with me David Brazik.  And we may have in-house counsel join us on the zoom today.

VIDEOGRAPHER:  Will the court reporter here please swear in the witness?

- - -

JODY R. REVEN, being called as a witness and
   having been first duly sworn, was examined as
   follows:

E X A M I N A T I O N

BY MR. RYAN:

Q.   Good morning, sir.  How are you?

A.   Great.

Q.   Could you please state your full name for the



distasteful or, I don't know, what it was.

Let me -- let me take a step back. Setting aside policies just for the moment.  Is it SWAPA's position that its pilots should be texting each other racist messages?

A.   Of course not.

Q.   Okay.  Racism is wrong, period, right?  It's wrong in any context, right?

A.   Yes.

Q.   Okay.  So look with me then in 19.2 about on and off duty conduct.  There is a sentence that says, "Any employee's on or off duty conduct which reflects adversely on the company or which renders the employee unfit for continued performance of his or her duties may subject the employee to disciplinary action up to and including termination of employment."  Do you see that?

A.   Yes, I see the excerpt you read there.

Q.   Okay.  So if -- we -- we can agree that racism reflects adversely on Southwest, right?

A.   In a text message that only two people see, I would say that it doesn't reflect poorly.  And there is no -- and forgive me, I'm not a lawyer, but there is no nexus to the workplace, there is no embarrassment to Southwest Airlines.  It's wrong but -- but to say that



800.211.DEPO (3376)
EsquireSolutions.com
App. 126

similar to that, where people find out that there is inappropriate off duty conduct, right?

A.   Yes.

Q.   Okay.  And it's inappropriate off-duty conduct to exchange racist messages, right?

A.   Yes.

Q.   Okay.  Because racism is wrong whether you're on the clock or off the clock, agreed?

A.   Mm-hmm.  Yes.

Q.   Same for sexism, right?

A.   Yes.

Q.   Okay.  Did you notice in the messages with Doyle Hill that he and Mr. Roebling continued to joke about the use of the word "vagina"?

A.   Yes.

Q.   And that was also inappropriate off-duty conduct, right?

A.   The word "vagina"?

Q.   Yes, sir.

A.   Between those two guys, I -- I don't know what context that would be.  The --

Q.   Well, some of the context was they would send each other the message.  So, for example, do you recall Doyle Hill texting v-a and then Mr. Roebling responding "gina" with three exclamation points?



Q.   Well, let's -- let's get into that then, because Mr. Roebling as a standards check pilot has two supervisors.  He has his domicile chief pilot and he has the head of standards, correct?

A.   Correct.

Q.   And the domicile chief pilot is responsible for discipline, correct?

A.   Correct.

Q.   And in this case the domicile chief pilot gave Captain Roebling verbal counseling and a letter of counseling, right?

A.   I would just say a letter of counseling.  And the reason I would distinguish between the two is, there is no record of verbal counseling unless they just did a memo or something like that.

Q.   Okay.  So --

A.   They he gave him a letter of counseling.

Q.   So SWAPA's position is that all Captain Roebling got from his chief pilot was a letter of counseling.

A.   I believe that's true.

Q.   Okay.

A.   Nick Caufield, I believe.

Q.   Yes, sir, Captain Caufield.  Yes, sir.

All right.  So then Mr Caufield --



Captain Caufield gave Tim Roebling a letter of counseling.  Under the CBA, the letter of counseling is not discipline, right?

A.   It is not discipline, but it's a step in progressive discipline.

Q.   Understood. but the letter counseling itself is not discipline?

A.   That's true.

Q.   And there's a requirement in the CBA that letters of counseling do not remain in an employee's file for more than two years, correct?

A.   Correct.

Q.   So as we sit here today, that letter of counseling is no longer even in Mr. Roebling's file, right?

A.   I hope.

Q.   Me too.  Have you seen any evidence that it is still in Mr. Roebling's file today?

A.   A little.  We had a little bit of a technical glitch that we found during negotiations where they went to an electronic system because they're allowed to be kept at the company for the purposes of SBOA -- what's the word -- impeachment.  But they're not allowed to be kept at the domicile level.  But their glitch was everybody could see them for a while.  And I



Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SOUTHWEST AIRLINES PILOTS        *
ASSOCIATION,                     *
        Plaintiff,               *
                                 *
VS.                              *   Civil Action No.
                                 *   3:21-cv-2608-M
SOUTHWEST AIRLINES, CO.,         *
        Defendant.               *


***************************************************

ORAL AND VIDEOTAPED DEPOSITION OF
CAPTAIN NANCY MARTIN-BELITZ
MARCH 6, 2026

***************************************************


DEPOSITION of CAPTAIN NANCY MARTIN-BELITZ, produced as a witness at the instance of the Plaintiff, and duly sworn, was taken in the above-styled and numbered cause on the 6th day of March, 2026, from 9:49 a.m. to 4:08 p.m., before Christy R. Sievert, CSR, RPR, in and for the State of Texas, reported by machine shorthand, at the offices of Ryan Law Partners, LLP, 3811 Turtle Creek Boulevard, Suite 1450, Dallas, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto

**EXHIBIT M**

Page 6

Delgado, who is an inhouse paralegal at Southwest, and, similarly, won't be announcing her when she joins, if she joins.

MR. GILLESPIE: Excellent.

CAPTAIN NANCY MARTIN-BELITZ,

having been first duly sworn,

testified as follows:

EXAMINATION

BY MR. GILLESPIE:

Q. Capt. Belitz, would you state your full name for the record?

A. Nancy Martin-Belitz.

Q. Okay. And I have seen your name in this litigation on documents as Nancy Martin and also as Nancy Martin-Belitz. If I call you any of those variations today, is that okay?

A. That's fine.

Q. Okay. I'll do my best to say Capt. Belitz throughout, but I might revert to Capt. Martin by accident.

Who is your current employer?

A. Southwest Airlines.

Q. And how long have you been employed by Southwest Airlines?

A. Thirty-seven years.

Captain Nancy Martin-Belitz

Page 86

showing you these texts and asking you about these, and you have told me you did nothing wrong.  These are humorous jokes.  Right?

A.  They're humorous and they're not directed at anyone.  And once again, they did not offend anyone, and they were not reported by anyone.

Q.  Right.  And, I mean, I don't want to get off on the wrong foot with you by asking -- I've got some more posts to ask you about, and I'm telling you I'm doing that to ask you questions to get your point of view on those posts.

All right.  Do you -- are you afraid for retaliation of your testimony today?

A.  From who?

Q.  From the company.

A.  I trust the company.  I'm not afraid of retaliation.  However, it doesn't help in any manner.

Q.  Well, I took Capt. Meehan's deposition back in October, and he had these in front of him and the entire Gator thread in front of him.  He hasn't talked to you since October about any of this, has he?

A.  He said we have to have a meeting.

Q.  When, you know, you see this post in

Captain Nancy Martin-Belitz

Page 191

right?

A.    Yes, I saw that today.

Q.    And does that give you some comfort that Capt. Meehan can't pretend like he didn't know what you were posting back in 2018?

MR. RYAN:  Object to the form.

A.    I do not care -- for SWAPA who I have supported all these years to betray me like this and display these messages that were clearly in fun, never -- never impacted, never insulted anyone and no one ever complained about it.

BY MR. GILLESPIE:

Q.    You --

A.    It's different.  It is different if you hurt or -- they're different.

Q.    And do you have any understanding of why Capt. Meehan talked to you just last week about this issue?

A.    I believe because he has to and it's the right thing to do.

Q.    Okay.  Even if he's known about it for months?

A.    I don't know.

Q.    Do you think a jury might think that you -- that Capt. Meehan was attempting to scare you before

Captain Nancy Martin-Belitz

Page 192

your deposition?

MR. RYAN:  Object to the form.

A.    No.  It was a very friendly conversation.

BY MR. GILLESPIE:

Q.    You mentioned you were on the culture committee, the hotel committee, the president's council.  None of those are SWAPA committees, correct?

A.    No.

Q.    And do you remember that SWAPA legal attempted to coordinate with you about this deposition a month or two ago, or maybe more now because we have had some intervening holidays and such, and you ended that call pretty quickly?

A.    Well, the plane -- they were just shutting the door on the plane, and I had someone call and say, "I want to ask you some questions about Tim Roebling."  And Tim Roebling is a friend of mine and has been a CoHeart.  And I have no idea who this person -- was that you?

Q.    No.

A.    I have no idea who this person is on the other line.  There's no caller ID.  It would be -- it could be somebody completely fishing for information.  And I'm never going to -- I told them,

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOUTHWEST AIRLINES PILOTS ASSOCIATION, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 3:21-cv-2608-M |
| | § § | |
| SOUTHWEST AIRLINES CO., | § § | |
| Defendant. | § § § | |

**PLAINTIFF'S OBJECTIONS AND RESPONSES TO
DEFENDANT'S FIRST REQUESTS FOR PRODUCTION**

TO:    Defendant Southwest Airlines Co., by and through its counsel and attorney of record, Robert E. Sheeder, Clayton M. Davis, Jonathan C. Fritts, and Shannon L.C. Ammon of MORGAN, LEWIS & BOCKIUS LLP, 1717 Main Street, Suite 3200 Dallas, Texas 75201.

Pursuant to Federal Rules of Civil Procedure 26 and 34, Plaintiff Southwest Airlines Pilots Association ("SWAPA" or "Plaintiff") serves the following objections and responses to Defendant Southwest Airlines Company ("Southwest" or "Defendant") First Request for Production.

**I.    OBJECTIONS TO DEFINITIONS AND INSTRUCTIONS**

Plaintiff objects to Defendant's overly broad instruction which states that these requests for production relate to anyone other than Plaintiff.  Plaintiff will respond to these requests on behalf of SWAPA and not any third parties as such request and instruction is overly broad and beyond the scope of what is required under the rules of federal procedure.

Plaintiff objects to Defendant's instruction to create a privilege log as overly broad and premature.  Furthermore, the requests of Defendant are so broadly worded that most, if not all, call for core attorney work product and core privileged documents.  The instruction of Defendant

Plaintiff's Objections and Responses to Defendant's
First Requests for Production

EXHIBIT N

Page 1 of 9
App. 135

to create a privilege log is overly broad, unduly burdensome, and not in keeping with what is required under the federal rules of civil procedure.

Plaintiff objects to Defendant's definition of "documents" as overly broad in that it requires and requests documents from parties and individuals other than Plaintiff.

## II.    OBJECTIONS AND RESPONSES TO REQUESTS FOR PRODUCTION

REQUEST FOR PRODUCTION NO. 1:    Any and all documents evidencing, relating to or referring to your alleged damages, including any amount and/or calculation of claimed damages or injunctive relief sought.

RESPONSE:    Plaintiff objects that this request is overly broad and unduly specific.    Documents evidencing, relating to, or referring to damages or injunctive relief would include large categories of documents related to this litigation as all documents would be evidencing or *related* to damages or injunctive relief.    Plaintiff objects to this request to the extent it calls for privileged attorney work product regarding calculations of damages.    Plaintiff objects to this request to the extent it seeks attorney billing and time records which contain confidential and privileged work-product and attorney-client communications.

Plaintiff is producing responsive documents.

REQUEST FOR PRODUCTION NO. 2:    Any and all correspondence (including, but not limited to, letters, notes, memoranda, text messages, and email messages) between Plaintiff and Roebling regarding the subject matter of this Lawsuit, including, without limitation, (i) the claims in this Lawsuit, (ii) the allegations contained in the Complaint; (iii) the removal of Roebling's check airman duties, and/or (iv) alleged anti-union animus and/or retaliatory conduct by Defendant.

RESPONSE:    Plaintiff objects to this request on the grounds that it calls for privileged employee-union representative communications and privileged attorney-client communications.    Plaintiff objects that this request is overly broad and lacks sufficient specificity.

Plaintiff is producing responsive documents.

REQUEST FOR PRODUCTION NO. 3:    Any and all correspondence (including, but not limited to, letters, notes, memoranda, text messages, and email messages) that you or Roebling sent to, or received from, any third party regarding the subject matter of this Lawsuit, including, without limitation, (i) the claims in this Lawsuit, (ii) the allegations contained in the Complaint; (iii) the removal of Roebling's check airman duties, and/or (iv) alleged anti-union animus and/or retaliatory conduct by Defendant.

RESPONSE:    Plaintiff objects to this request on the grounds that it calls for privileged employee-union representative communications and privileged attorney-client communications.    Plaintiff objects that this request is overly broad and lacks sufficient specificity.

Plaintiff's Objections and Responses to Defendant's
First Requests for Production                                                    Page 2 of 9

Plaintiff is producing responsive documents.

REQUEST FOR PRODUCTION NO. 4:  Any and all correspondence (including, but not limited to, letters, notes, memoranda, text messages, and email messages) that you or Roebling sent to, or received from, any of Defendant's current or former employees regarding the subject matter of this Lawsuit, including, without limitation, (i) the claims in this Lawsuit, (ii) the allegations contained in the Complaint; (iii) the removal of Roebling's check airman duties, and/or (iv) alleged anti-union animus and/or retaliatory conduct by Defendant.

RESPONSE:  Plaintiff objects to this request on the grounds that it calls for privileged employee-union representative communications and privileged attorney-client communications.  Plaintiff objects that this request is overly broad and lacks sufficient specificity.

Plaintiff is producing responsive documents.

REQUEST FOR PRODUCTION NO. 5:  Any and all Social Media posts or communications regarding the subject matter of this Lawsuit, including, without limitation, (i) the claims in this Lawsuit, (ii) the allegations contained in the Complaint; (iii) the removal of Roebling's check airman duties, and/or (iv) alleged anti-union animus and/or retaliatory conduct by Defendant.

RESPONSE:  Plaintiff objects to this request as it seeks for Plaintiff to search for "any and all" social media for posts or communications regarding the subject matter of this lawsuit.  This is asking Plaintiff to search all social media without limitation and is overly broad and not tailored to this case.  Social media is equally in the control of Defendant and can be searched and obtained by Defendant.  Plaintiff objects that this request is overly broad as it seeks all communications regarding the subject matter of this lawsuit rather than just those within Plaintiff's control or custody.  Plaintiff objects this request is overly broad and not sufficiently specific.

Plaintiff is producing responsive documents.

REQUEST FOR PRODUCTION NO. 6:  Any and all documents reflecting or relating to the Defendant's alleged "anti- union animus" in your Complaint.

RESPONSE:  Plaintiff objects that this request is an overly broad catch-all document that seeks any documents potentially related to this case.  Plaintiff objects that this request is not sufficiently specific.

Plaintiff is producing responsive documents.

REQUEST FOR PRODUCTION NO. 7:  Any and all documents reflecting or relating to the allegations in your Complaint regarding "whisper campaigns" and "private admonishments" against pilots regarding their involvement in SWAPA.

RESPONSE:  Plaintiff objects that these documents are in the control of Defendant and also that whisper campaigns and private admonishments are typically verbal only, with no associated

Plaintiff's Objections and Responses to Defendant's
First Requests for Production

documentation by Defendant for the purpose of not having documents associated with these actions. Plaintiff objects that the terms reflecting or relating are overly broad and it is unclear what specific documents this request seeks.

At this time, Plaintiff is not in possession of responsive documents.

REQUEST FOR PRODUCTION NO. 8:  Any and all documents reflecting or relating to the allegation in your Complaint that Roebling was told by "upper management" that "if you take the SWAPA position, you will be stripped of all your quals."

RESPONSE:  Plaintiff objects that this document is overly broad and not sufficiently specific as all documents related to Southwest's actions of stripping him of his check airman qualifications relate to this statement as they are evidence that the statement was acted upon by Southwest.

Plaintiff is producing responsive documents.

REQUEST FOR PRODUCTION NO. 9:  Any and all documents relating to the grievance and arbitration initiated by SWAPA relating to the removal of Roebling's check airman duties.

RESPONSE:  Plaintiff objects that this request is overly broad and not sufficiently specific. Several categories of documents would "relate" to the grievance and it is unclear what documents this request seeks. Plaintiff objects to this request to the extent it seeks privileged attorney-client communications or privileged attorney-work product. Plaintiff objects to this request to the extent it requests privileged employee-union representative communications.

Plaintiff is producing responsive documents.

REQUEST FOR PRODUCTION NO. 10:  Any and all documents relating to Defendant's contention that the dispute regarding the removal of Captain Roebling's check airman duties can be resolved through the parties' Collective Bargaining Agreement grievance and arbitration procedures.

RESPONSE:  There are no responsive documents because Defendant's contention is wrong.

REQUEST FOR PRODUCTION NO. 11:  Any and all documents relating to Defendant's contention that the dispute regarding the removal of Captain Roebling's check airman duties is a minor dispute.

RESPONSE:  There are no responsive documents because Defendant's contention is wrong.

REQUEST FOR PRODUCTION NO. 12:  Any and all documents relating to Roebling's conduct referenced in Doc. No. 25, ¶ 4(a).

RESPONSE:  Plaintiff objects to this request as the "conduct" referenced within the paragraph of Defendant's witness declaration contained in Doc. No. 25 is not accurate. Plaintiff objects that this request is compound and vague and confusing as the paragraph referenced discusses numerous

Plaintiff's Objections and Responses to Defendant's
First Requests for Production                                             Page 4 of 9
**App. 138**

items.    There are no responsive documents supporting Defendant's allegations within the paragraph of its witness's declaration.

There are no responsive documents to produce.

REQUEST FOR PRODUCTION NO. 13:  Any and all documents relating to Roebling's conduct referenced in Doc. No. 25, ¶ 4(b).

RESPONSE:  Plaintiff objects to this request as the "conduct" referenced within the paragraph of Defendant's witness declaration contained in Doc. No. 25 is not accurate.  Plaintiff objects that this request is compound and vague and confusing as the paragraph referenced discusses numerous items.    There are no responsive documents supporting Defendant's allegations within the paragraph of its witness's declaration.

There are no responsive documents to produce.

REQUEST FOR PRODUCTION NO.14:  Any and all documents relating to Roebling's conduct referenced in Doc. No. 25, ¶ 4(c).

RESPONSE:  Plaintiff objects to this request as the "conduct" referenced within the paragraph of Defendant's witness declaration contained in Doc. No. 25 is not accurate.  Plaintiff objects that this request is compound and vague and confusing as the paragraph referenced discusses numerous items.    There are no responsive documents supporting Defendant's allegations within the paragraph of its witness's declaration.

There are no responsive documents to produce.

REQUEST FOR PRODUCTION NO. 15:  Any and all documents relating to Roebling's conduct referenced in Doc. No. 25, ¶ 4(d).

RESPONSE:  Plaintiff objects to this request as the "conduct" referenced within the paragraph of Defendant's witness declaration contained in Doc. No. 25 is not accurate.  Plaintiff objects that this request is compound and vague and confusing as the paragraph referenced discusses numerous items.    There are no responsive documents supporting Defendant's allegations within the paragraph of its witness's declaration.

There are no responsive documents to produce.

REQUEST FOR PRODUCTION NO. 16:  Any and all documents relating to Roebling's conduct referenced in Doc. No. 25, ¶ 4(e).

RESPONSE:  Plaintiff objects to this request as the "conduct" referenced within the paragraph of Defendant's witness declaration contained in Doc. No. 25 is not accurate.  Plaintiff objects that this request is compound and vague and confusing as the paragraph referenced discusses numerous

Plaintiff's Objections and Responses to Defendant's
First Requests for Production                                                        Page 5 of 9
App. 139

items.    There are no responsive documents supporting Defendant's allegations within the paragraph of its witness's declaration.

There are no responsive documents to produce.

REQUEST FOR PRODUCTION NO. 17:  Any and all documents relating to Roebling's conduct referenced in Doc. No. 13-1, ¶¶ 9-10.

RESPONSE:  Plaintiff objects to this request as the "conduct" referenced within the paragraph of Defendant's witness declaration contained in Doc. No. 13-1 ¶9 and ¶10 are not accurate.  Plaintiff objects that this request is compound and vague and confusing as the paragraphs referenced discusses numerous items.  There are no responsive documents supporting Defendant's allegations within the paragraph of its witness's declaration.

There are no responsive documents to produce.

REQUEST FOR PRODUCTION NO. 18:  Any and all documents relating to Roebling's conduct referenced in Doc. No. 13-1, ¶¶ 11-12.

RESPONSE:  Plaintiff objects to this request as the "conduct" referenced within the paragraph of Defendant's witness declaration contained in Doc. No. 13-1 ¶9 and ¶10 are not accurate.  Plaintiff objects that this request is compound and vague and confusing as the paragraphs referenced discuss numerous items.  There are no responsive documents supporting Defendant's allegations within the paragraph of its witness's declaration.  To the extent Defendant seeks documents related to its own actions regarding what it did to Captain Roebling, Defendant is in possession of those documents and should be producing them to Plaintiff.  Plaintiff is in possession of text messages related to the topic raised in these two paragraphs of Defendant's witness's declaration and Plaintiff is producing documents responsive to the issue of the text messages.

Plaintiff is producing responsive text messages.

REQUEST FOR PRODUCTION NO. 19:  Any and all documents relating to Roebling stepping down from the SWAPA Check Airmen Committee on or about December 2020.

RESPONSE:  Plaintiff is producing a responsive document.

REQUEST FOR PRODUCTION NO. 20:  Any and all documents relating Defendant's right to select Check Airmen, including but not limited to its right to remove a pilot's Check Airman duties.

RESPONSE:  Plaintiff is unaware of any responsive document.  Defendant's check airmen are covered by the parties' CBA.  Check airmen have the same rights under the CBA as any other member of the bargaining unit and Defendant cannot retaliate against a check airman for protected union activity.

Plaintiff is producing a copy of the parties' CBA.

Plaintiff's Objections and Responses to Defendant's
First Requests for Production

REQUEST FOR PRODUCTION NO.21:  Any and all documents relating to your allegation that "[w]hen Captain Murray asked Meehan whether the "vagina" text was "the only reason" SCA Roebling was being fired, Captain Meehan said that it was."

RESPONSE:  Plaintiff has already filed with the court (and therefore produced) a verified Complaint and declarations in support of the fact that this verbal statement occurred in front of multiple witnesses.

>     Other than the documents already produced, Plaintiff is not in possession of additional responsive documents at this time.

REQUEST FOR PRODUCTION NO. 22:  Any and all documents reflecting your attorneys' fees and expenses in this Lawsuit including but not limited to, any engagement letters or agreements with an attorney.

RESPONSE:  Plaintiff objects to this request on the grounds that it seeks privileged attorney-client communications and privileged attorney work product.  Plaintiff objects that this request is premature and seeks information related to a potential fee motion before liability has been decided in this matter and the information is not relevant at this time.

>     At this time, Plaintiff has limited expenses in this matter related to the filing fee of the case which is public information available to Defendant through the Court's ECF system.

>     Plaintiff does not agree to produce copies of its fee agreements or billing statements at this time and stands on the above objections.

REQUEST FOR PRODUCTION NO. 23:  Any and all documents relating to an August 17, 2021 meeting between SWAPA representatives and agents and SWA representatives and agents concerning Roebling ("August 17, 2021 meeting") including, but not limited to, PowerPoint slides shown or discussed at the meeting and all drafts and/or edits to such PowerPoint slides.

RESPONSE:  Plaintiff objects to the request for any and all drafts created by legal counsel for the union and will not produce any all preliminary drafts of any document eventually shown to the company.  Plaintiff is searching for the PowerPoint document referenced in this request and will produce it in the near future.

>     At this time, the PowerPoint document has not been located and Plaintiff continues to search for this document.

REQUEST FOR PRODUCTION NO.24:  Any and all notes taken at the August 17, 2021 meeting by any representative of SWAPA and/or Roebling.

RESPONSE:  Plaintiff objects to this request to the extent it seeks privileged union counsel notes which are privileged attorney work product.  Plaintiff objects to this request on the grounds that it seeks privileged employee-union representative communications.

Plaintiff's Objections and Responses to Defendant's
First Requests for Production                                          Page 7 of 9
App. 141

REQUEST FOR PRODUCTION NO. 25:   Any and all documents used to prepare for the August 17, 2021 meeting by any representatives of SWAPA and/or Roebling.

RESPONSE:  Plaintiff objects to this request to the extent it seeks privileged union counsel notes which are privileged attorney work product.  Plaintiff objects to this request on the grounds that it seeks privileged employee-union representative communications.

REQUEST FOR PRODUCTION NO. 26:   Any and all documents and emails exchanged between representatives of SWAPA concerning the August 17, 2021 meeting.

RESPONSE:  Plaintiff objects to this request to the extent it seeks privileged union counsel notes which are privileged attorney work product.  Plaintiff objects to this request on the grounds that it seeks privileged employee-union representative communications.

REQUEST FOR PRODUCTION NO. 27:   Any and all documents reflecting or constituting communications between SWAPA representatives and Roebling relating to the August 17, 2021 meeting.

RESPONSE:  Plaintiff objects to this request to the extent it seeks privileged union counsel notes which are privileged attorney work product.  Plaintiff objects to this request on the grounds that it seeks privileged employee-union representative communications.

Plaintiff's Objections and Responses to Defendant's
First Requests for Production                                                    Page 8 of 9
App. 142

DATED:  Friday July 8, 2022

Respectfully submitted,

By: /s/ Joseph H. Gillespie
Hal K. Gillespie
hkg@gillespiesanford.com
Texas State Bar No. 07925500
James D. Sanford
jim@gillespiesanford.com
Texas State Bar No. 24051289
Joseph H. Gillespie
joe@gillespiesanford.com
Texas State Bar No. 24036636
Gillespie Sanford LLP
4803 Gaston Avenue
Dallas, Texas 75246
Phone: (214) 800-5111
Fax: (214) 838-0001


ATTORNEYS FOR PLAINTIFF
SOUTHWEST AIRLINES PILOTS
ASSOCIATION ("SWAPA")


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document has been served upon counsel of record for Southwest Airlines via email on July 8, 2022, to the following individuals:

Robert E. Sheeder - robert.sheeder@morganlewis.com
Clayton M. Davis - clayton.davis@morganlewis.com
Jonathan C. Fritts - jonathan.fritts@morganlewis.com
Shannon L.C. Ammon - shannon.ammon@morganlewis.com

By: /s/ Joseph H. Gillespie

Plaintiff's Objections and Responses to Defendant's
First Requests for Production                                          Page 9 of 9
**App. 143**

Case 3:21-cv-02608-E    Document 93-1    Filed 05/05/26    Page 144 of 156    PageID 1790

Feb 10, 2021 at 9:54 PM

That was way out of line with Roebling. If that had been on a Company platform, he would be fired. I'm getting a tired of his filth. Sorry for you about that. It's disgusting.

**EXHIBIT O**

Feb 11, 2021 at 11:42 AM

Thanks Mike. I appreciate your kind thoughts. What was sent on the Gator was insulting.

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |  |
|---|---|---|
| SOUTHWEST AIRLINES PILOTS ASSOCIATION | : | |
| Plaintiff, | : | |
| vs. | : | CASE NO. 3:21-cv-2608-E |
| SOUTHWEST AIRLINES CO. | : | |
| Defendant. | : | |

**Declaration of Bob Pieknik**

1.    My name is Bob Pieknik.  I am the Headquarters Chief Pilot at Southwest Airlines Co. ("Southwest").  I am over the age of 18, I am of sound mind and body, and I am fully competent to make this declaration.  Through my role as a Headquarters Chief Pilot, I have personal knowledge of the facts stated in this declaration.

2.    On April 14, 2026, I was provided copies of text messages sent by Captains Doyle Hill and Paul Murphy to Captain Tim Roebling.  I reviewed the messages and saw discussions of potential threats to these pilots' co-workers.  Under Southwest's internal policies, I had no choice but to report these messages to Employee Relations (ER).

PIEKNIK DECLARATION—PAGE 1 OF 2

**App. 145**

3.      I reported the messages to ER that same day.  When I reported the messages, I did not know that Southwest intended to depose Captains Hill and Murphy in this lawsuit.  I did not have any discussions with Captain Chris Meehan prior to submitting these messages to ER.

4.      Since reporting the messages, I have not attempted to influence the ER investigations in any way.  I have not pressured (nor tried to pressure) anyone in ER or either pilots' domicile Chief Pilot to take any action of any kind related to the text messages.

5.      Likewise, Captain Chris Meehan has not made any attempt (whether through me or, to my knowledge, anyone else) to influence the ER investigations in any way.

6.      Based on my experience, the ER investigations of Captains Hill and Murphy are proceeding normally, as a typical ER investigation would.

7.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 5, 2026.

Captain Bob Pieknik

**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

_____

SOUTHWEST AIRLINES PILOTS
ASSOCIATION

      Plaintiff,

        vs.

SOUTHWEST AIRLINES CO.

      Defendant.

_____

:
:
:
:
:
:
:
:
:
:
:
:
:
:

CASE NO. 3:21-cv-2608-E

### **Declaration of Orlando Rivera**

1.     My name is Orlando Rivera.  I am a Senior Employee Relations Partner at Southwest Airlines Co. ("Southwest").  I am over the age of 18, I am of sound mind and body, and I am fully competent to make this declaration.  Through my role as a Senior Employee Relations Partner, I have personal knowledge of the facts stated in this declaration.

2.     On April 14, 2026, Captain Bob Pieknik reported potentially threatening messages sent by Captains Doyle Hill and Paul Murphy to Employee Relations (ER).

3.     On April 15, 2026, I was assigned to conduct the ER investigation.  I began preparing for the interview process.  This took approximately two weeks because: (a) there were over 80 pages of text messages to review to determine the

RIVERA DECLARATION—PAGE 1 OF 3

App. 147

messages to investigate; and (b) I am contemporaneously working on many other ER cases.

4.      On May 1, 2026, I reached out to the domicile Chief Pilots for Captains Hill and Murphy to ask for their help with coordinating phone calls with the pilots. At that time, I had no knowledge about what deadlines (if any) existed in this lawsuit. For example, I did not know when or whether Captains Hill and Murphy were going to be deposed.

5.      For Captain Hill, I notified his Chief Pilot, Chad Bawcum, in Nashville. As of the date of this declaration, I have not yet heard back from Captain Bawcum. Nor has Captain Hill or any SWAPA representative contacted me about the ER investigation.

6.      For Captain Murphy, I notified his Chief Pilot, Jeff Miller, in Phoenix. On Sunday, May 3, 2026, Captain Miller informed me that he had spoken with Captain Murphy, and that Captain Murphy would be reaching out to me soon. As of the date of this declaration, I have not yet hard from Captain Murphy or any SWAPA representative concerning the ER investigation.

7.      As my investigation is ongoing, I have reached no conclusions whatsoever about whether Captains Hill or Murphy have violated any Southwest policy.

**RIVERA DECLARATION—PAGE 2 OF 3**

<span style="color:red">**App. 148**</span>

App. 149

8.      Based on my experience, this ER investigation is proceeding normally, as any typical ER investigation would. I have not received any contact or pressure of any kind—including, without limitation, any communications from Captain Chris Meehan—to reach any conclusions whatsoever in the ER investigation.

9.      I declare under penalty of perjury that the foregoing is true and correct. Executed on May 5, 2026.

_____
Orlando Rivera

RIVERA DECLARATION—PAGE 3 OF 3

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOUTHWEST AIRLINES PILOTS ASSOCIATION | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CASE NO. 3:21-cv-2608-E |
| | : | |
| SOUTHWEST AIRLINES CO. | : | |
| | : | |
| Defendant. | : | |

### Declaration of Jeff Miller

1.      My name is Jeff Miller. I am the Chief Pilot for Southwest Airlines Co. ("Southwest") at its Phoenix domicile. I am over the age of 18, I am of sound mind and body, and I am fully competent to make this declaration. Through my role as a Southwest Chief Pilot, I have personal knowledge of the facts stated in this declaration.

2.      On Friday, May 1, 2026, I received an email from Orlando Rivera, an Employee Relations ("ER") investigator at Southwest. It informed me that ER was investigating Captain Paul Murphy's text messages involving threats of physical harm. It did not say who reported Captain Murphy to ER or what else the text messages contained.

MILLER DECLARATION—PAGE 1 OF 3

**App. 150**

3.     As is customary practice, Mr. Rivera asked that I reach out to Captain Murphy to schedule his interview with ER. I saw that Captain Murphy was flying until Sunday afternoon, so I waited to call him until he had completed his trip.

4.     When I spoke with him, I informed Captain Murphy that he was the subject of an ER investigation. I did not threaten him in any way. My call to Captain Murphy followed my normal process for notifying pilots about an ER investigation. I told him what I had seen in ER investigations before, that he could have a SWAPA representative present for his interviews, and that all I knew about the ER investigation was that it involved threats of physical harm via text.

5.     Shortly after speaking with Captain Murphy, a SWAPA representative called me to ask about the ER investigation. I told the representative the same thing I told Captain Murphy—that all I knew about the ER investigation was that it involved threats of physical harm via text. I told him to reach out to Mr. Rivera to schedule a time for Captain Murphy's interview.

6.     I have received no pressure of any kind from anyone at Southwest (including, without limitation, Captain Chris Meehan) to prejudge the outcome of the ER investigation or to impose any discipline or other consequence on Captain Murphy.

7.     As for this lawsuit, I know little to nothing about it. I have not been involved in any efforts by Southwest to defend the lawsuit.

MILLER DECLARATION—PAGE 2 OF 3

8.     In my experience, the ER investigation of Captain Murphy is progressing normally, as any typical ER investigation would.

9.     I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 5, 2026.

Captain Jeff Miller

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |
|---|---|
| SOUTHWEST AIRLINES PILOTS ASSOCIATION<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO.<br><br>Defendant. | CASE NO. 3:21-cv-2608-E |

## Declaration of Chad Bawcum

1.      My name is Chad Bawcum.  I am the Chief Pilot for Southwest Airlines Co. ("Southwest") at its Nashville domicile.  I am over the age of 18, I am of sound mind and body, and I am fully competent to make this declaration.  Through my role as a Southwest Chief Pilot, I have personal knowledge of the facts stated in this declaration.

2.      On Friday, May 1, 2026, I received an email from Orlando Rivera, an Employee Relations ("ER") investigator at Southwest.  It informed me that ER was investigating Captain Doyle Hill's text messages.  It did not say who reported Captain Hill to ER or what the text messages contained.

3.      As is customary practice, Mr. Rivera asked that I reach out to Captain Hill to schedule his interview with ER.  I contacted Captain Hill immediately.

BAWCUM DECLARATION—PAGE 1 OF 2

**App. 153**

4.      When I spoke with him, I informed Captain Hill that he was the subject of an ER investigation.  I did not threaten him in any way.  My call to Captain Hill followed my normal process for notifying pilots about an ER investigation.  I told him the only information that I had about the investigation was that it involved allegations of threats of physical harm by text.  He asked me to text him the email address of the ER investigator.  I did.  And that is the last contact I have had with Captain Hill about the ER investigation.

5.      Because the ER investigation is ongoing, I have not formed any opinions about the investigation's outcome or what consequences (if any) that Captain Hill may face because of the investigation.

6.      I have received no pressure of any kind from anyone at Southwest (including, without limitation, Captain Chris Meehan) to prejudge the outcome of the ER investigation or to impose any discipline or other consequence on Captain Hill.

7.      As for this lawsuit, I know little to nothing about it.  I have not been involved in any efforts by Southwest to defend the lawsuit.

8.      In my experience, the ER investigation of Captain Hill is progressing normally, as any typical ER investigation would.

9.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 5, 2026.

Captain Chad Bawcum

BAWCUM DECLARATION—PAGE 2 OF 2

**App. 154**

**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| —————————————————————— : | |
| SOUTHWEST AIRLINES PILOTS : ASSOCIATION : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | CASE NO. 3:21-cv-2608-E |
| : | |
| SOUTHWEST AIRLINES CO. : | |
| : | |
| Defendant. : | |
| —————————————————————: | |

## Declaration of Chris Meehan

1.     My name is Chris Meehan.  I am the Managing Director of Training and Standards at Southwest Airlines Co. ("Southwest").  I am over the age of 18, I am of sound mind and body, and I am fully competent to make this declaration. Through my role as a Managing Director at Southwest, I have personal knowledge of the facts stated in this declaration.

2.     I have reviewed text messages exchanged between Captain Doyle Hill to Captain Tim Roebling in 2021.  I first learned about those messages in April 2026.

3.     In those messages, Captain Hill sends Captain Roebling messages asking about the make and model of my car and where I park it.

MEEHAN DECLARATION—PAGE 1 OF 2

<span style="color:red">**App. 155**</span>

4.      Later, Captain Hill also sends Captain Roebling a message describing how he's been "thinking" about a plan to hire a prostitute to get me drunk, take compromising pictures of me, rob me, and throw me into the Trinity River.

5.      I interpreted these messages as direct threats to my safety.  Had I known about them in 2021, I would have reported them to the appropriate departments inside Southwest, including corporate security.  I also would have reported them to the police.  In fact, after I learned about them in 2026, I changed where I parked my car to make sure I was not at further risk.

6.      I understand that Captain Hill contends he was joking.  I disagree.  He sent two such threatening messages, not one off-handed comment.  And the second message began "I've been thinking about it," which shows Captain Hill put thought and effort into his plan for me.  I also do not see the humor in any "joke" with a supposed "punchline" that I'm either drunk and drowning in the Trinity River, or I survive just to have been robbed and blackmailed by a prostitute.

7.      I did not report these messages to ER and I have had no involvement whatsoever in any ER investigation of these pilots.

8.      I have been a loyal and dues-paying SWAPA member for 31 years.  I do not understand why my own union is accusing me of witness intimidation.

9.      I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 5, 2026.      _____
                                            Captain Chris Meehan

MEEHAN DECLARATION—PAGE 2 OF 2

App. 156